FILED

2004 JAN 26 P 2:53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | JANUARY 23, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her motion for enlargement of time within which to conduct discovery. Pursuant to the Court's order, discovery must be completed by January 30, 2004. The plaintiff requests a thirty day extension of time, until February 27, 2004, within which to conduct discovery. The reason for the request is that plaintiff's counsel is involved in a lengthy injunction and receivership hearing scheduled in state court, and needs the additional time in order to take a deposition that needed to be rescheduled. This is the first motion for enlargement of time being filed by

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

the plaintiff. Opposing counsel has no objection to this request, and has agreed to reschedule the deposition in February, 2004.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time.

                                          THE PLAINTIFF,
                                          KELLY PHANEUF

                                          By: _____
                                              Sheila J. Hanley (ct 22566)
                                              Gesmonde, Pietrosimone & Sgrignari, L.L.C.
                                              3127 Whitney Avenue
                                              Hamden, CT 06518-2344
                                              (203) 407-4200

## ORDER

The foregoing motion having come before me, it is hereby **ORDERED**:

**GRANTED / DENIED**.

                                          _____
                                          Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 23rd day of January, 2004 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

Sheila J. Hanley