UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. | : | |
| FRAIKIN, KATHLEEN BINKOWSKI, | : | |
| TOWN OF PLAINVILLE and PLAINVILLE | : | |
| BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | JANUARY 23, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her motion for

enlargement of time within which to conduct discovery. Pursuant to the Court's order,

discovery must be completed by January 30, 2004. The plaintiff requests a thirty day

extension of time, until February 27, 2004, within which to conduct discovery. The reason for

the request is that plaintiff's counsel is involved in a lengthy injunction and receivership

hearing scheduled in state court, and needs the additional time in order to take a deposition

3:03CV00372(AVC). January 29, 2004. The motion for an extension of
time (document no. 17) is GRANTED as follows: (1) all discovery,
including depositions of all witnesses, shall be completed by
February 27, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.