UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 18  P 3: 23

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **KELLY PHANEUF,** | : |
| | : |
| Plaintiff, | :**Civil No. 3:03CV00372 (AVC)** |
| | : |
| v. | : |
| | : |
| **ROSE MARIE CIPRIANO, DORENE M.** | : |
| **FRAIKIN, KATHLEEN BINKOWSKI,** | : |
| **TOWN OF PLAINVILLE and PLAINVILLE** | : |
| **BOARD OF EDUCATION,** | : |
| | : |
| Defendants. | :    **MARCH 17, 2004** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure the Defendants, Rose

Marie Cipriano, Dorene M. Fraikin, Kathleen Binkowski, Town of Plainville and the

Plainville Board of Education hereby move for Summary Judgment on the basis that there

are no genuine issues of fact and said Defendants are entitled to judgment as a matter of

law.

The Defendants more specifically assert the basis for this motion as follows:

1. Pursuant to the United States Supreme Court ruling, New Jersey v. T.L.O. 469 U.S.

    325 (1985), the search at issue in this case was justified at it inception and was

    reasonable in scope.

2. The Plaintiff has failed to provide sufficient evidence to support prima facie causes

ORAL ARGUMENT IS REQUESTED
TESTIMONY MAY BE REQUIRED

of action with respect to the remaining state law claims and the Defendants are entitled

to governmental immunity for their discretionary acts.

In support of this Motion Defendants have attached a memorandum of law, a

Local Rule 56(a) 1 Statement, affidavits and other proofs.

Respectfully Submitted,

THE DEFENDANTS,
ROSEMARIE CIPRIANO,
DORENE M FRAIKIN,
KATHLEEN BINKOWSKI,
TOWN OF PLAINVILLE,
PLAINVILLE BOARD OF EDUCATION,

By Their Attorney,

JAMES G. WILLIAMS, ESQ.
FEDERAL BAR NO CT 01938
WILLIAMS WALSH & O'CONNOR LLC
110 WASHINGTON AVE, 2ND FLR
NORTH HAVEN CT 06473
TEL (203) 234 6333
FAX (203) 234 6330

## ORDER

The foregoing Motion having been heard, it is hereby ORDERED:

Granted / Denied.

BY THE COURT

_____
JUDGE/CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record, this 17th day of March, 2004, to:

SHEILA J HANLEY ESQ
GESMONDE PIETROSIMONE & SGRIGNARI LLC
3127 WHITNEY AVE
HAMDEN CT 06518-2344
TEL (203) 407 4200
FAX (203) 407 4211

James G. Williams