Exhibit A

| | |
|---|---|
| KELLY PHANEUF, | : |
| | : |
| Plaintiff, | :Civil No. 3:03CV00372 (AVC) |
| | : |
| v. | : |
| | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : : : : |
| | : |
| Defendants. | : FEBRUARY 12, 2004 |

## A F F I D A V I T

I, Rose Marie Cipriano, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters contained herein.

4. On June 7, 2002 and presently, I was and am employed as the Principal of Plainville High School.

5. As principal, among other things it is my responsibility to maintain an appropriate atmosphere for education and to ensure the safety of the students in my care.

6. On June 7, 2002 there was a senior picnic scheduled for the day were senior schoolchildren will be leaving campus under the supervision of school officials.

7. The picnic was held at the YMCA Camp in Burlington Connecticut.

8. On the day in question, the students attending the picnic were to meet in the auditorium prior to boarding the buses so that their bags could be

checked for any items that would be classified as illegal in student handbook or state statutes.

9. On the day in question, it had been brought to my attention by a physical education teacher at Plainville High School Cindy Birdsall, that a reliable student had informed her that Kelly Phaneuf had marijuana down her pants and that she was attempting to bring marijuana to the senior picnic at the YMCA.

10. Prior to the search in question, I had a conversation with Lisa Phaneuf, Kelly's mother, I informed her that Kelly was under the suspicion of having marijuana in her pants.

11. Kelly's mother agreed to come to the school.

12. I believed that there was reasonable grounds for suspecting that the search of Kelly would turn up evidence that she was violating school rules, in that she had marijuana in her pants.

13. Kelly consented to being searched by her mother.

14. During the events leading up to the search Kelly was found to be in possession of cigarettes and lighter. This was a violation of school rules.

15. Michelle Cyr was the fellow classmate who initially made the representation that Kelly was in possession of marijuana and that she intended to put it down her pants in an attempt to bypass the bag check in the auditorium.

16. Michelle Cyr is a highly respected and responsible office aid, meaning she worked in the school office for class credit. She worked side-by-side with guidance counselors, teachers and principals.

17. Generally, Kelly was a student that had discipline problems, was frequently at the nurse's office, came in late and left early.

18. The procedure that we followed on the day in question was to ensure the safety of everyone that Plainville high school.

19. Prior to the search in question, I confronted Kelly with the information I received from her fellow classmate, i.e., that she had marijuana down her pants. Based on the reliable tip, the manner of Kelly's denial and other factors, I believed that Kelly had marijuana in her pants.

Dated at PLAINVILLE, Connecticut, this 4th day of ~~February~~ MARCH, 2004.

_____
Rose Marie Cipriano

STATE OF CONNECTICUT )
                     ) ss:
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this 4th day of ~~February~~ MARCH, 2004.

_____
Notary Public/~~Comm'ss~~
My Commission Expires: MAY 2007

Exhibit B

| | |
|---|---|
| KELLY PHANEUF, | : |
| | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| | : |
| v. | : |
| | : |
| ROSE MARIE CIPRIANO, DORENE M. | : |
| FRAIKIN, KATHLEEN BINKOWSKI, | : |
| TOWN OF PLAINVILLE and PLAINVILLE | : |
| BOARD OF EDUCATION, | : |
| | : |
| Defendants. | : FEBRUARY 12, 2004 |

## A F F I D A V I T

I, Cindy Birdsall, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters contained herein.

4. On June 7, 2002, I was employed as a physical education teacher at Plainville High School.

5. On June 7, 2002, Michelle Cyr, a trustworthy student, informed me that Kelly Phaneuf was in possession of marijuana and that she planned on putting the marijuana down her pants so as to bypass the bagcheck taking place in the auditorium that day. Ms. Cyr further informed me that Kelly had specifically volunteered this information to her that particular morning.

6. I then informed Principal Cipriano about the information I had received from Michelle Cyr.

7.  Principal Cipriano and I confronted Kelly Phaneuf with the information we had received from her fellow classmate. Kelly denied the accusation.

8.  Based on the reliable tip, the manner of Kelly's denial and other factors, I believed that Kelly had marijuana in her pants.

Dated at _Plainville_, Connecticut, this _4_ day of ~~February~~ MARCH, 2004.

_C.G. Birdsall_
**Cindy Birdsall**

STATE OF CONNECTICUT )
                     ) ss:
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this _4TH_ day of ~~February~~ MARCH, 2004.

_Helen B. Bergenty_
Notary Public/~~Comiss~~
My Commission Expires: MAY 2007

Exhibit C

KELLY PHANEUF,                           :

           Plaintiff,           : Civil No. 3:03CV00372 (AVC)

   v.                                   :

ROSE MARIE CIPRIANO, DORENE M.           :
FRAIKIN, KATHLEEN BINKOWSKI,
TOWN OF PLAINVILLE and PLAINVILLE        :
BOARD OF EDUCATION,
           Defendants.         : FEBRUARY 16, 2004

## AFFIDAVIT

I,  Michele Cyr, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters contained herein.

4. On June 7, 2002, I was a senior at Plainville high school in Plainville Connecticut.

5. On this date, we were having our senior class picnic. Prior to the class picnic I was in our class with my fellow classmates, one of them being Kelly Phaneuf.

6. During the class myself, Kelly Phaneuf, Nick Harvey and few other individuals began talking about the bag check, which was to occur prior to the students leaving for the class picnic.

7. The school had informed everyone that the bag check was going to take place prior to the picnic.

8. During this discussion we all spoke about the fact that the bag check was pointless based on the fact that everybody knew it was going to occur.

9. During discussion about the bag check Kelly Phaneuf stated that she had marijuana on her and she was going to place it down her pants during the bag check.

10. Kelly stated that she had the marijuana on her without being asked, and I believe that she did have marijuana on her.

11. After Kelly made this statement, she and couple other individuals in the group got into a conversation about marijuana and about smoking marijuana.

12. Kelly Phaneuf stated that she was planning on smoking marijuana at the class picnic.

13. I believe that Kelly Phaneuf did in fact have marijuana on her and I know from previous dealings with Kelly that she does smoke marijuana. Kelly had actually shown me marijuana that she had in her possession prior to this date. The marijuana that Kelly had shown me was in small bags.

14. At the end of our class all of the students left, went to their lockers and then to the auditorium where the bag search was going to take place.

15. While we were waiting in the auditorium I was once again standing in a group that included Kelly Phaneuf. Kelly Phaneuf again began talking about marijuana in a similar manner as she had earlier in art class.

16. After a short period of time I left the group and went and spoke with Ms. Cindy Birdsall, a teacher.

17. Ms. Birdsall took this situation very seriously and stated that I should go to speak with the principal, Ms. Rose Marie Cipriano.

18. Ms. Birdsall and I then went to Ms. Cipriano's office, where I sat down and told Ms. Cipriano about the fact that Kelly Phaneuf claimed to have marijuana on her, that she was going to put the marijuana down her pants and that she was planning on smoking marijuana at the picnic.

19. Ms. Cipriano also took this matter very seriously. Ms. Cipriano wrote down the information I told her.

Dated at Plainville, Connecticut, this 28 day of February, 2004.

*Michelle Cyr*
Michelle Cyr
Michele

2/16/04

STATE OF __CT__ )
) ss: Feb. 28, 2004
COUNTY OF __Hartford__ )

Subscribed and sworn to before me this __28TH__ day of February, 2004.

_[signature]_
Notary Public/Comiss
My Commission Expires:

MY COMMISSION EXPIRES OCTOBER 31, 2005

2/16/04