UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF, | : |
| | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| | : |
| v. | : |
| | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : : : : |
| | : |
| Defendants. | : MARCH 17, 2004 |

## STATEMENT OF MATERIAL FACTS

In conjunction with the Motion for Summary Judgment of the Defendants, Rose Marie Cipriano, Dorene M. Fraikin, Kathleen Binkowski, Town of Plainville and the Plainville Board of Education, against the Plaintiff, Kelly Phaneuf, and in compliance with Local Rule 56(a) 1, Defendants contends there is no genuine issue as to the following facts:

1. The Defendant Principle Rose Marie Cipriano suspected that Kelly Phaneuf had marijuana in her pants.

2. Principle Cipriano's individualized suspicion of Kelly was based on a tip from a classmate, Michelle Cyr.

3. Michelle Cyr had informed defendants Cindy Birdsall and Roas Marie Cipriano that Kelly Phaneuf indicated that she had marijuana and was going to put it down her pants to avoid the bag checks taking place in the auditorium.

4. On June 7 2002, seniors at Plainville High School were preparing to depart from the high school to their senior class party. Prior to boarding the busses which would transport the students to the party, the student's bags were checked in the auditorium for contraband.

5. Michelle Cyr's tip specifically identified Kelly Phaneuf as having marijuana, an illegal drug, down her pants.

6. Michelle Cyr is also a student at Plainville High School.

7. Michelle Cyr received class credit for being an office aid at Plainville High School.

8. Principle Cipriano had an individualized, specific suspicion that Kelly Phaneuf was in possession of illegal drugs.

9. As principal, Mrs. Cipriano is responsible for the safety and welfare of the students at Plainville High School.

10. Kelly Phaneuf had a lighter and cigarettes in her possession on June 7, 2002 in violation of school rules.

11. Kelly Phaneuf's mother physically performed the search in question.

12. The search in question took place in the school nurses office.

13. Present during the search was the school nurse, Dorene Fraikin, Kelly Phaneuf and Lisa Phaneuf, the plaintiff's mother.

14. No marijuana was found on the plaintiff as a result of the search in question.

15. Kelly Phaneuf subsequently attended the senior class picnic; she received a ride from the principal.

THE DEFENDANTS,

By: _____
James G. Williams, Esq.
FEDERAL BAR NO CT 01938
WILLIAMS WALSH & O'CONNOR LLC
110 WASHINGTON AVE, 2ND FLR
NORTH HAVEN CT 06473
TEL (203) 234 6333
FAX (203) 234 6330

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record, this 17th day of March, 2004, to:

SHEILA J HANLEY ESQ
GESMONDE PIETROSIMONE & SGRIGNARI LLC
3127 WHITNEY AVE
HAMDEN CT 06518-2344
TEL (203) 407 4200
FAX (203) 407 4211

_____
James G. Williams