UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 22  P 1: 42

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KELLY PHANEUF, | |
| Plaintiff, | Civil No. 3:03CV00372 (AVC) |
| v. | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | |
| Defendants. | MARCH 18, 2004 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendants herein respectfully request that the court grant their motion for enlargement of time with regard to certain aspects of the Scheduling Order. Specifically counsel for the plaintiff previously extended the discovery deadline from January 30, 2004 until February 27, 2004. The purpose of the extension was to take the deposition of an additional fact witness, Nancy Lewis which took place on February 5, 2004. The transcript of that deposition, taken by the plaintiff, has not yet been made available. Upon completion of the factual discovery the defendants would request the following extension:

1.   With respect to designation of trial experts, the defendants request that the deadline be extended by ninety days up to and including March 30, 2004 in which to disclose such expert reports and April 30, 2004 by which depositions of any such defense experts may be taken. The defendants also seek an extension of an additional

thirty days in which to file a Motion for Summary Judgment. The existing order currently calls for summary judgments to be filed on or before March 1, 2004. The discovery deadline had previously been extended by the court at the request of counsel for the plaintiff. Moreover, the deposition of the fact witness taken at that time has not yet been made available. As discovery was extended at the request of plaintiff's counsel for the defendant was delayed with regard to preparing its motion for summary judgment. Moreover, the defendants have experienced delay with regard to securing necessary affidavits from several fact witnesses to be filed in conjunction with the motion for summary judgment. Finally counsel for the defendants herein was under the misunderstanding that the summary judgment motion was due on or before August 2, 2004 – the date originally proposed in the Report of Parties Planning Meeting prepared by counsel of record.

At a recent settlement conference held before Parajudicial Officer Reed Murphy, counsel discovered that the deadline was in fact March 1, 2004 and at that time filed its Motion for Summary Judgment. The defendants maintain that the position advocated in the summary judgment is meritorious and the interest of judicial economy and fairness to the parties would mandate that the court entertain the substance of the defendant's motion.

Defense counsel also wishes to point out that as of this date a Joint Trial Memorandum in accordance with the pretrial order has not been filed. Both counsel for the plaintiff and counsel for the defendant missed this filing. Since the joint trial memorandum has not yet been prepared, the parties would not be prejudiced by the requested extensions. The defendant would respectfully request an order extending

the time within which to file the Joint Trial Memorandum for a sufficient period of time to allow the court to consider the merits of the motion for summary judgment and any oppositional brief.

Counsel for the defendant has sought no extensions of any orders with regard to this matter. Counsel for the plaintiff has sought an extension with regard to her original failure to claim the matter to the jury docket as well as the previously referenced motion for enlargement of time to conduct discovery up to and including February 27, 2004. A copy of the proposed motion for summary judgment was filed with the clerk's office on March 17, 2004 some nineteen days subsequent to the completion of discovery.

Counsel for the plaintiff has indicated that it objects to this motion.

WHEREFORE it is respectfully requested that this Honorable Court grant this Motion for Enlargement of Time and set new Scheduling Orders extending the deadlines as referenced herein.

THE DEFENDANTS,

By:_____
James G. Williams
Williams, Walsh & O'Connor
110 Washington Avenue
North Haven, CT 06473
(203) 234-6333, Juris #421162

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 18th day of march, 2004 to:

Sheila J. Hanley
Gesmonde, Pietrosimone & Sgrignari, L.L.C.
3127 Whitney Avenue
Hamden, CT 06518-2344

                                  James G. Williams
                              Commissioner of the Superior Court