| | |
|---|---|
| KELLY PHANEUF, | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| v. | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : |
| Defendants. | : FEBRUARY 12, 2004 |

FILED

## A F F I D A V I T

I, Dorene Fraikin, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters contained herein.

4. On June 7, 2002, I was employed as a substitute school nurse at Plainville High School.

5. On June 7, 2002, I was informed that Kelly Phaneuf was under suspicion of having marijuana in her pants so as to smuggle it to the senior picnic.

6. I was informed that a search of Kelly Phaneuf would take place.

7. The search of Kelly was conducted in a small room within the nurse's office. Kelly Phaneuf's mother, Lisa Phaneuf conducted the search. I stood outside of the small room with my back to the door.

8. The only people present in the room where Kelly was being searched was Kelly and her mother.

9. I did not observe the search because I stood outside of the room and faced away.

10. The search was concluded when Kelly's mother stated that she did not find anything.

Dated at New Britain, Connecticut, this 18th day of March, 2004.

_____
Dorene Fraikin

STATE OF CONNECTICUT )
                     ) ss: New Britain
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this 18th day of March, 2004.

_____
Notary Public/Comiss
My Commission Expires:

DOREEN M. KROLL
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF, | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| v. | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : |
| Defendants. | : MARCH 22, 2004 |

### NOTICE OF FILING AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The defendants hereby supplementally provide an affidavit of Dorene Fraikin dated March 18, 2004 in support of the motion for summary judgment filed with this honorable court, said motion dated March 17, 2004 and received by the court on March 18, 2004.

THE DEFENDANTS,

By:_____
James G. Williams
Williams, Walsh & O'Connor
110 Washington Avenue
North Haven, CT 06473
(203) 234-6333
Juris #421162

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 22nd day of March, 2004 to:

Sheila J. Hanley
Gesmonde, Pietrosimone & Sgrignari, L.L.C.
3127 Whitney Avenue
Hamden, CT 06518-2344

James G. Williams
Commissioner of the Superior Court