UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 22 P 1: 42

KELLY PHANEUF,

          Plaintiff,

    v.

ROSE MARIE CIPRIANO, DORENE M.
FRAIKIN, KATHLEEN BINKOWSKI,
TOWN OF PLAINVILLE and PLAINVILLE
BOARD OF EDUCATION,

          Defendants.

Civil No. 3:03CV00372 (AVC)

MARCH 18, 2004

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendants herein respectfully request that the court grant their motion for enlargement of time with regard to certain aspects of the Scheduling Order. Specifically counsel for the plaintiff previously extended the discovery deadline from January 30, 2004 until February 27, 2004. The purpose of the extension was to take the deposition of an additional fact witness, Nancy Lewis which took place on February 5,

---

3:03CV0372(AVC). March 24, 2004. The defendants' motion for extension of time (document no. 24) is GRANTED as follows: (1) All discovery, including depositions of <u>all</u> witnesses, shall be completed by June 1, 2004; (2) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before May 1, 2004, and depositions of any such experts shall be completed by June 1, 2004; (3) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before June 15, 2004; (4) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 15, 2004; and (5) the case shall be ready for trial by August 15, 2004.
SO ORDERED.

          Alfred N. Covello, U.S.D.J.