UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF, | : |
| | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| | : |
| v. | : |
| | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : |
| | : |
| Defendants. | : MARCH 29, 2004 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6 (b) and Local Rule 7 (b), the plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her an extension of an additional thirty (30) days, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment. The defendants' motion for summary judgment was filed with this Court on March 18, 2004. The plaintiff respectfully requests an additional thirty (30) days from the current deadline of April 8, 2004, until May 7, 2004, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Plaintiff's counsel requests this extension because the undersigned is currently preparing for trial, which trial is scheduled to commence on April 6, 2004 in state court, and will shortly thereafter be involved in a continuing injunction and receivership hearing scheduled in state court. Accordingly, plaintiff's counsel needs the additional time in order to respond to the instant motion for summary judgment.

This is the first motion for enlargement of time being filed by the plaintiff with respect to the instant motion for summary judgment. Opposing counsel has been contacted and there is no objection to this request.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time.

> THE PLAINTIFF,
> KELLY PHANEUF
>
> By:_____
> Sheila J. Hanley (ct 22566)
> Gesmonde, Pietrosimone & Sgrignari, L.L.C.
> 3127 Whitney Avenue
> Hamden, CT 06518-2344
> (203) 407-4200

## ORDER

The foregoing motion having come before me, it is hereby **ORDERED:**

**GRANTED / DENIED.**

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 29th day of March, 2004 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

_____
Sheila J. Hanley