03CV372 motn

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| v. | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| Defendants. | : | MARCH 29, 2004 |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 6 (b) and Local Rule 7 (b), the plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her an extension of an additional thirty (30) days, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment. The defendants' motion for summary judgment was filed with this Court on March 18, 2004. The plaintiff respectfully requests an additional thirty (30) days from the current deadline of April 8, 2004, until May 7, 2004, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**

3:03CV372(AVC). April 6, 2004. The plaintiff's motion for an extension of time (document no. 28) is GRANTED. The plaintiff shall have to and including May 7, 2004, to file her memorandum in opposition to the defendants' motion for summary judgment. SO ORDERED.