FILED

2004 APR 30 P 1: 32

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | APRIL 28, 2004 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6 (b) and Local Rule 7 (b), the plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her an additional extension of seventeen (17) days, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment. The defendants' motion for summary judgment was filed with this Court on March 18, 2004. The plaintiff respectfully requests an additional seventeen (17) days from the current deadline of May 7, 2004, until May 24, 2004, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Plaintiff's counsel requests this extension because the undersigned is currently involved in a continuing injunction and receivership hearing scheduled in state court, and needs to complete a number of depositions with respect to that matter. Accordingly, plaintiff's counsel needs the additional time in order to respond to the instant motion for summary judgment.

This is the second motion for enlargement of time being filed by the plaintiff with respect to the instant motion for summary judgment. Opposing counsel has been contacted and there is no objection to this request.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time.

                                                         **THE PLAINTIFF,**
                                                         **KELLY PHANEUF**

                                                  **By:** _/s/ Sheila J. Hanley_
                                                         Sheila J. Hanley (ct 22566)
                                                         Gesmonde, Pietrosimone & Sgrignari, L.L.C.
                                                         3127 Whitney Avenue
                                                         Hamden, CT 06518-2344
                                                         (203) 407-4200

## ORDER

The foregoing motion having come before me, it is hereby **ORDERED:**

**GRANTED / DENIED**.

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 28th day of April, 2004 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

*Sheila J. Hanley* (signature)
Sheila J. Hanley