FILED
2004 APR 30 P 1: 32
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| v. | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| Defendants. | : | APRIL 28, 2004 |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 6 (b) and Local Rule 7 (b), the plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her an additional extension of seventeen (17) days, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment. The defendants' motion for summary judgment was filed with this Court on March 18, 2004. The plaintiff respectfully requests an additional seventeen (17) days from the current deadline of May 7, 2004, until May 24, 2004, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

May 4, 2004. GRANTED SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAY -4 P 12:16 U.S. DISTRICT COURT HARTFORD, CT.