UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KELLY PHANEUF,** | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| **ROSE MARIE CIPRIANO, DORENE M.** | : | |
| **FRAIKIN, KATHLEEN BINKOWSKI,** | : | |
| **TOWN OF PLAINVILLE and PLAINVILLE** | : | |
| **BOARD OF EDUCATION,** | : | |
| | : | |
| Defendants. | : | MAY 24, 2004 |

## AFFIDAVIT

I, **Kelly Phaneuf**, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters set forth herein.

4. On June 7, 2002, I was a high school senior at Plainville High School, and was just a few days away from graduation.

5. On the morning of June 7, 2002, all high school seniors had their bags checked in the school auditorium, prior to departing for the senior class picnic that was taking place on that day. My bags were searched by Mrs. Nuzzillilo, an English teacher at Plainville High School, and no issues arose from that search.

6. A short while after the bag check, I boarded one of the buses that was scheduled to bring students to the class picnic.

7. Shortly after I boarded the bus, Rose Marie Cipriano, the school principal, boarded the bus and, in front of the entire bus, requested that I come off the bus

        with her.

8. After departing from the bus, I was told by both Mrs. Cipriano and Mrs. Birdsall, a teacher at Plainville High School, that someone had accused me of shoving marijuana down my pants and that an extensive search would need to be done before I could leave Cipriano's presence. Mrs. Cipriano did not tell me the name of the individual who made the accusation.

9. At this time, I insisted that I did not have marijuana on my person, and I protested a search of my person, since I did not feel that they had any right to search my person.

10. At some point, my mother, Lisa Phaneuf, was contacted and I tried to remain calm until my mother arrived at the school.

11. Prior to my mother arriving at the school, I was told that the search was for my own good and that it was a safety issue.

12. After my mother arrived, we were told that the person who made the statement would either be disciplined or arrested for harassment, if no marijuana was found on my person, and we were further told that the police would be called if we did not go through with the search.

13. A search of my person was eventually conducted in one of the three small rooms in the nurse's office, in the presence of my mother and the substitute school nurse, Dorene Fraikin.

14. During the search, Mrs. Fraikin gave directions to my mother with respect to the search, and both my mother and Mrs. Fraikin looked at me during the search.

15. Specifically, I pulled my shirt up and lowered my skirt to my ankles, and then my mother looked at my back side, which included my buttocks.

16. As I had insisted, there was no marijuana found on my person as a result of the strip search, and I went home with my mother directly after the search was completed.

17. I was extremely upset and anxious before, during and after the search, to the point of being hysterical, and these feelings continue to date as a result of the strip

2

        search. Moreover, the search has increased my insecurities and trust issues, as well as my pre-existing psychological problems. Overall, I found the search to be highly offensive, and the strip search left me feeling humiliated, embarrassed, and violated.

18.     Upon information and belief, noone was ever disciplined or arrested as a result of the false accusations made by the individual, which I now know to be Michele Cyr, that I had put marijuana down my pants, despite what had been represented to us by Mrs. Cipriano.

        Dated at Hamden, Connecticut, this ____ day of May, 2004.

                                                      KELLY PHANEUF

STATE OF CONNECTICUT     )
                                      )    SS: Hamden
COUNTY OF NEW HAVEN     )

    Subscribed to and sworn to before me this ___ day of May, 2004.

                                                      Notary Public
                                                      Commissioner of Superior Court