UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KELLY PHANEUF,** | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| **ROSE MARIE CIPRIANO, DORENE M.** | : | |
| **FRAIKIN, KATHLEEN BINKOWSKI,** | : | |
| **TOWN OF PLAINVILLE and PLAINVILLE** | : | |
| **BOARD OF EDUCATION,** | : | |
| | : | |
| Defendants. | : | MAY 24, 2004 |

## AFFIDAVIT

I, **Lisa Phaneuf**, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I believe in the obligations of an oath.

3. I have personal knowledge of the matters set forth herein.

4. On June 7, 2002, my daughter, Kelly Phaneuf, was attending school at Plainville High School as a high school senior, and was supposed to attend her senior class picnic on that date.

5. In the morning of June 7, 2002, I received a telephone call from Rose Marie Cipriano, the principal at Plainville High School, who indicated that they had reason to believe that Kelly had put marijuana down her pants and that a full body search would need to be conducted before Kelly could go to her senior class picnic. Almost immediately, I drove down to Plainville High School to be with Kelly.

6. I was told that if Kelly did not participate in a search of her person, then the police would be called and Kelly would not be allowed to participate in the senior class

|    | |
|----|-|
|    | picnic, and I further believed that Kelly may possibly be excluded from other senior related activities. |
| 7. | Prior to the search taking place, I had a conversation with Rose Marie Cipriano in the school hallway, and was told that the student who made the accusation would be arrested if no marijuana was found on Kelly's person. |
| 8. | Based on my knowledge, I felt coerced to be present during the search, as I wanted to spare my daughter from having the police called and I wanted her to be able to participate in her senior high school activities, since she was just days away from graduating. |
| 9. | When I arrived at Plainville High School, I noticed that Kelly was wearing a skirt, tank top and flip flops, and she was hysterical over the accusation made. |
| 10. | The search of Kelly took place in a small room in the nurse's office, and myself, Kelly and Dorene Fraikin, Plainville High School's substitute school nurse, were present during the search. |
| 11. | During the search, Kelly lifted her shirt and opened her bra, and then Kelly lowered her skirt and underpants and turned around. |
| 12. | At this point during the search, I asked Ms. Fraikin whether this was sufficient and she indicated that it was not sufficient, which meant that I had to visually examine my daughter's rectal area. |
| 13. | Kelly was hysterical both before, during and after the search of her person took place. |
| 14. | No marijuana was found on Kelly's person as a result of the strip search. |
| 15. | Immediately after the search was finished, I drove Kelly home and we discussed the search, and I told her that she should still go to her senior class picnic. |
| 16. | Upon our return home, Kelly was still upset and crying, and took a long shower. |
| 17. | Kelly eventually decided to go to her class picnic, so I called the school and spoke with Mrs. Cipriano. Mrs. Cipriano had previously indicated that, should Kelly |

       decide to go to the picnic, she would bring Kelly to the picnic herself because parents were not allowed to transport students to school functions.

18. Based upon this representation, I drove Kelly back to Plainville High School and she rode with Mrs. Cipriano to the class picnic.

19. I am upset that the named defendants in this action chose to strip search my daughter based solely on a false accusation made by another student, whom I subsequently found out was Michele Cyr, and that noone was arrested or disciplined as a result of this search.

20. My daughter was diagnosed with depression in her sophomore year of high school, which symptoms continue to date.

21. The school officials at Plainville High School were made aware of Kelly's psychological problems during the time she was a student at the school and, therefore, they were aware of Kelly's psychological problems on June 7, 2002.

22. In my opinion, and based upon my observations, the strip search of Kelly caused her severe embarrassment, humiliation and emotional trauma, and exacerbated her pre-existing emotional problems.

       Dated at Hamden, Connecticut, this _____ day of May, 2004.

                                                                LISA PHANEUF

STATE OF CONNECTICUT      )
                                   ) SS: Hamden
COUNTY OF NEW HAVEN     )

Subscribed to and sworn to before me this ___ day of May, 2004.

                                                              Notary Public

        Commissioner of Superior Court