```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3   ---------------------------------x
 4   KELLY PHANEUF (AVC),              :
                                       :
 5            Plaintiff                :
     VS.                               :   3:03CV00372
 6                                     :
     ROSEMARIE CIPRIANO, DORENE M.     :
 7   FRAIKIN, KATHLEEN BINKOWSKI,      :
     TOWN OF PLAINVILLE AND            :
 8            Defendant                :
 9   ---------------------------------x
10
11                    AUGUST 20, 2003
12
13         Deposition of LISA PHANEUF, taken
14   pursuant to the Federal Rules of Civil Procedure, held at
15   the Law Offices of Williams, Walsh & O'Connor, 110
16   Washington Avenue, North Haven, CT, before Elisa Ferraro,
17   LSR, a Notary Public in and for the State of Connecticut,
18   License No. 233, on Wednesday, August 20, 2003 at 3:50
19   p.m.
20
21
22                  A+ REPORTING SERVICES
                       P.O. BOX 831
23                 Wallingford, CT 06492
                      (203)269-9976
24
```

COPY

```
 1   FOR THE PLAINTIFF:

 2   THE LAW OFFICES OF GESMONDE, PIETROSIMONE & SGRIGNARI, LLC
     3127 Whitney Avenue
 3   Hamden, CT 06518
     BY:  SHEILA J. HANLEY, ESQUIRE
 4

 5


 6   FOR THE DEFENDANT:

 7   THE LAW OFFICES OF WILLIAMS, WALSH & O'CONNOR
     110 Washington Avenue
 8   North Haven, CT 06473
     BY:  JAMES G. WILLIAMS, ESQUIRE
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1      A     She had symptoms of depression.
 2      Q     Was there a particular event or incident that
 3   triggered the depression in your mind?
 4      A     Not really, no.
 5      Q     How long had she had symptoms of depression?
 6      A     I was really unsure because she was away at
 7   school.
 8      Q     Before she attended --
 9      A     She hid it very well from me.
10      Q     Before she attended Westover School in
11   Middlebury, Connecticut, was she ever diagnosed with
12   depression?
13      A     No.
14      Q     To your knowledge, when was she first diagnosed
15   with depression?
16      A     Was that November of 2000?
17            MS. HANLEY:  You can only answer if you
18       recollect.
19      A     We were discussing dates this morning.  It was
20   like November of her sophomore year in high school.
21      Q     Before November of her sophomore year in high
22   school, had she ever been treated by a psychologist or
23   psychiatrist?
24      A     No.
```

1   Q   Has she ever had any testing, psychological
2   testing of any kind before that?
3   A   Not to my knowledge.
4   Q   How about since that time, has she ever had any
5   type of psychological battery or profile --
6   A   Not that I can --
7   Q   -- psychological testing?
8   A   No. They've never told me that they've done
9   that.
10  Q   How about in conjunction with schooling, has she
11  ever been diagnosed as having any special education needs?
12  A   No.
13  Q   In terms of the depression, in your mind, was
14  there some event that triggered it or brought it on in her
15  life?
16  A   No.
17  Q   She thinks it's related to the fact that she had
18  a close friend who was killed in an automobile accident in
19  the fourth grade.
20  A   I know. I wasn't there so --
21  Q   You don't have an opinion?
22  A   I know the fourth grade incident really hurt
23  Kelly very deeply.
24  Q   She also mentions other incidents where she

1  witnessed a car accident on a trip to Avon Old Farms?
2  Another incident?
3      A   Anything her doctors told me, they didn't seem
4  to think that was significant. I don't hear everything
5  the doctors say. Once your child is 16, they don't fill
6  in the parents that much. It's private.
7      Q   Before the incident which is the subject matter
8  of this lawsuit, did Kelly have difficulty sleeping?
9      A   Yes.
10     Q   Did she experience depression?
11     A   Yes.
12     Q   Was there a suicidal attempt?
13     A   Yes.
14     Q   Thereafter, did she continue to have suicidal
15 thoughts?
16     A   Not to my knowledge. You mean after the
17 incident at the high school?
18     Q   No. After the suicidal attempt.
19     A   Yes, she did.
20     Q   How long did those last?
21     A   Probably three months.
22     Q   What is your understanding as to the reason she
23 attempted suicide?
24     A   I think she was severely depressed and she

```
 1  wasn't getting the proper treatment.
 2      Q   Tell me about the suicidal attempt.  When did
 3  that happen?
 4      A   I think it was like in October of her junior
 5  year where she took some aspirin, Advil, several, and then
 6  I got her up and sent her to school.  She said she didn't
 7  feel well and I said, "You still have to go to school."
 8  And she went to school and they rushed her to the
 9  hospital, or she called my husband and he brought her to
10  the hospital.  That's what happened.
11      Q   She told us that the incident occurred as a
12  result of a fight that she had with you and your husband?
13      A   It could have.
14      Q   Do you recall that?
15      A   No.  We were having a lot of problems.
16      Q   A lot of problems with what?
17      A   You have to understand at that time Kelly was
18  going through trial and error with lots of different
19  medications for her depression, so sometimes if I couldn't
20  wake her up to get her to go to school, it wasn't unusual
21  that she didn't feel like getting up.
22      Q   You indicate that you didn't think she was
23  getting the proper care.  Did you switch psychiatrists?
24      A   As soon as that happened.
```

```
 1      Q    Who was the psychiatrist before that happened?
 2      A    Mary -- something Irish.  I forgot her last
 3 name.  It's in the records.  Mary -- is this her medical
 4 records here?
 5      Q    Yes.  At least what I've been provided.
 6           MR. WILLIAMS:  Do you have other medical
 7      records you're going to disclose?  That's all
 8      you provided.
 9           MS. HANLEY:  Then it would be at the end.
10      A    Mary Marsh.  That was her name.
11      Q    How long had Kelly treated with Mary Marsh?
12      A    I think from that previous February until she
13 attempted to commit suicide.
14      Q    So February of what year?  Do you know?
15      A    I'm not exactly sure on the dates, no.  I'm not
16 going to give you exact dates.  She was affiliated with
17 Wheeler Clinic.
18      Q    Mary Marsh was?
19      A    Um, hum.
20      Q    And after the suicidal attempt, who was her new
21 psychiatrist?
22      A    Once again -- psychiatrist?
23      Q    Yes.
24      A    I'm sorry.  I don't remember all the names.  I
```

1  think we just went back to Mary Marsh and she's the one
2  that recommended the after school program. And the
3  psychiatrist there was Dr. Nielson.
4      Q    And did she see any other psychiatrists at the
5  Wheeler Clinic?
6      A    Therapists.
7      Q    I'm referring to psychiatrists now.
8      A    Psychiatrists. After Dr. Nielson, no. She went
9  from him to Dr. Manoharan.
10     Q    Is that her current psychiatrist?
11     A    Yes.
12     Q    And where is Dr. Manoharan's office?
13     A    Bristol Psychiatric. It's in Bristol,
14 Connecticut. I'm not sure of the exact address. I'm not
15 sure if it's North Main Street or if it's on the side
16 street that it's located on.
17     Q    Are there you any other psychiatrists that
18 you're aware of other than Dr. Nielson, Mary Marsh and
19 Dr. Manoharan?
20     A    Mary Marsh is not a psychiatrist.
21     Q    She's a psychologist?
22     A    Yes.
23     Q    You said there was a switch?
24     A    She saw Dr. Noonan. He was the very first one

```
 1  when we brought her back from Westover.
 2          MR. WALSH:  Do I have Dr. Noonan's
 3  records?
 4      A   He's not affiliated with Wheeler Clinic.
 5      Q   Where is Dr. Noonan's office?
 6      A   We needed somebody right away so we saw Dr.
 7  Noonan, and he's located in Southington, Connecticut.
 8          MS. HANLEY:  I'll get those.
 9      Q   Do you know his address or whereabouts his
10  office is?
11      A   I don't know.  I'm sorry.
12      Q   Dr. Noonan was prescribing some meds initially
13  and she was receiving therapy from a psychologist Mary
14  Marsh?
15      A   When she was seeing Mary Marsh, she was also
16  seeing a different psychiatrist because Noonan is not
17  affiliated with Wheeler Clinic.
18      Q   That was Dr. Nielson?
19      A   No.  It was somebody else.  I don't remember who
20  it was.  I'm sorry.  Can I see if there's any mention of a
21  name.  Maybe it was Dr. Noonan, but I think we were only
22  seeing him for a short while because neither one of us
23  liked him.  Here.  Robson.  That's his name.
24      Q   Was Dr. Robson at the Wheeler Clinic?
```

1     A    Yes.

2     Q    And his records are there, is that correct?

3     A    Yes.

4     Q    I'm going --

5     MR. WILLIAMS: I'm quite sure that's not

6 the complete Wheeler Clinic file.

7     MS. HANLEY: I don't think this includes

8 the after school program.

9     MR. WILLIAMS: You'll try to get the after

10 school program?

11     MS. HANLEY: Yes. And parts of Dr.

12 Noonan's.

13     Q    We have Dr. Noonan, Dr. Robson, Dr. Nielson and

14 Dr. Manoharan. Any other psychiatrists to your knowledge

15 that your daughter treated with?

16     A    No.

17     Q    It was Dr. Noonan that was prescribing the

18 medication at the time the suicide attempt occurred?

19     A    No. I'm also certain it was Dr. Robson. We

20 only saw Dr. Noonan for maybe three or four visits. And

21 we became affiliated with Wheeler Clinic.

22     Q    You were affiliated with Wheeler Clinic before

23 the suicide attempt?

24     A    Yes.

```
 1      Q    During the course of the Wheeler Clinic after
 2 the suicide attempt, there was a referral to the after
 3 school program?
 4      A    Yes. And we made an intense therapy.
 5      Q    This was at Bristol High School?
 6      A    Bristol Eastern High School. There's two.
 7      Q    Who is the person at Bristol Eastern High School
 8 that Kelly treated with?
 9      A    The psychiatrist was Dr. Nielson.
10      Q    All right.
11      A    The therapist was Kelly Ryan.
12      Q    And Kelly would see Kelly at the high school on
13 a daily basis?
14      A    Yes.
15      Q    Was there a problem with Dr. Nielson that you
16 had? Did you have any problems with the care he was
17 providing?
18      A    No. We liked him.
19      Q    After Wheeler Clinic stopped, you could no
20 longer see him so you started with Dr. Manoharan?
21      A    Yes. Once you're not in weekly therapy, they
22 won't allow you to continue at Wheeler Clinic.
23      Q    Were there any other suicide attempts other than
24 the one that caused the hospitalization at New Britain
```

```
 1  General?
 2      A   Not to my knowledge, no.
 3      Q   To your knowledge, was Kelly ever diagnosed with
 4  borderline personality disorder?
 5      A   No.
 6      Q   Did she report flashbacks at any point in time
 7  of any events in her life?
 8      A   No.
 9      Q   Did she ever discuss with you flashbacks about
10  the incident with respect to the friend that died when he
11  was in the fourth grade, the car accident?
12      A   I don't know if I would call it a flashback.
13      Q   That's how it's described in the medical
14  records.  I want to know if she ever discussed it with
15  you?
16      A   She felt those intense feelings once again.
17      Q   Did she have problems back when she was in
18  fourth grade after this event that caused her to seek
19  psychiatric care?
20      A   No.
21      Q   When Kelly was a senior in high school when this
22  incident occurred, approximately how much did she weigh?
23      A   250.
24      Q   And how much does she weigh now?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you recall which one? |
| 3 | A | No. |
| 4 | Q | Was it a small room? |
| 5 | A | I think we pulled the shades. |
| 6 | Q | The shades were pulled. Was the door closed in |
| 7 | the examining room when the search took place? | |
| 8 | A | Yes. |
| 9 | Q | Who was in the examining room? |
| 10 | A | The nurse and Kelly and I. |
| 11 | Q | What happened at that time? |
| 12 | A | Kelly was in tears. And she raised her shirt. |
| 13 | Q | Let me ask you before that did you consent to |
| 14 | the search? Did you say it was okay to do the search? | |
| 15 | A | I guess I did because I went along with it. I |
| 16 | didn't verbally say okay. | |
| 17 | Q | But you didn't say This search isn't taking |
| 18 | place? | |
| 19 | A | Right. I said, "Do you think this is |
| 20 | necessary?" She said yes. Kelly really wanted to go on | |
| 21 | the class picnic. Since she hadn't participated too much | |
| 22 | at Plainville High School, I felt this was somewhat | |
| 23 | important. | |
| 24 | Q | You're in the room and you say Kelly pulls up |

```
 1   her shirt?
 2        A    Yeah.
 3        Q    Then what happened?
 4        A    And she pulled down her bra so that we could see
 5   she had nothing in there.  She had no pants on.  She had
 6   on a little skirt and a tank top and flip flops.  It was
 7   June.
 8        Q    Did she have anything else with her that you
 9   recall?
10        A    No.
11        Q    Was there a jacket?
12        A    No.  Not that I recall.
13        Q    Do you recall searching a jacket at any point in
14   time?
15        A    No.
16        Q    Well, when she pulled her bra up, wasn't the
17   nurse's back to her?
18        A    No.
19        Q    Okay.
20        A    The nurse was standing right behind me and we
21   both were watching.
22        Q    So you had your back to the nurse?
23        A    Yes.
24        Q    So you didn't know specifically where the nurse
```

1  was looking because you didn't have the nurse in your
2  view?
3       A    No.
4       Q    Then what happened next?
5       A    She turned around and pulled up the back of her
6  shirt and, of course, we saw nothing was there.  Then
7  Kelly took down her skirt.
8       Q    Were you still in the same position you were
9  facing Kelly?
10      A    Yes.
11      Q    The nurse was behind you?
12      A    Um, hum.  It was a small room.
13      Q    What happened when Kelly took her skirt down?
14      A    I looked at the nurse and I said -- I went like
15 this, like do we have to do anything else?  And she nodded
16 her head yes.  (Witness gesturing.)
17      Q    Then what happened?
18      A    And Kelly was screaming and in tears and she
19 took down her panties.
20      Q    And then what happened?
21      A    She turned around.
22      Q    Did you move behind her at that point in time to
23 look behind her?
24      A    No.

```
 1    Q    She turned around.  Kelly turned around so you
 2  could see behind?
 3    A    Right.  But I turned around and made sure this
 4  nurse was watching.  I knew she was watching what was
 5  going on at that point.  I didn't watch when she pulled up
 6  her shirt that I remember, but I was, like, God, do we
 7  have to look at this?  You know?
 8    Q    And then you turned around.  And did you say
 9  anything to the nurse?
10    A    I said, "Is that okay?"
11    Q    And what did the nurse say at that point?
12    A    She said, "Yes."
13    Q    Then what happened?
14    A    What do you want to know now?
15    Q    Tell me what happened next.  Did you walk out of
16  the room at that point?  Kelly put her skirt back up and
17  you walked out.  Is that a fair statement?
18    A    Yes.
19    Q    Was anything else said in the room that you
20  recall?
21    A    No.  It wasn't the usual nurse.
22    Q    Did you know the nurse?
23    A    I had seen her before, but I didn't know her and
24  I didn't know her name.  It was somebody, you know, how
```

```
 1   there?
 2       A    Rose said if she still wanted to go that she was
 3   leaving at 10:00.  Bring her back here at that time.
 4       Q    And did you bring her back?
 5       A    Yes.
 6       Q    What time did you bring her back there?
 7       A    Right about 10:00.
 8       Q    Do you recall your daughter saying anything as
 9   she was leaving the school building, any discussion about
10   it?
11       A    I know she yelled something.  What, I don't
12   remember.  She was upset.
13       Q    How long was she upset after this incident
14   occurred?
15       A    She was uncontrollable the whole way home and
16   for about half an hour to 45 minutes she took a shower.
17   She was upset.
18       Q    Did she regain her composure?
19       A    Um, hum.
20       Q    Who was home at that time?
21       A    Myself and my husband.
22       Q    Was there any discussion about the incident?
23       A    Yeah.
24       Q    What was the discussion?
```

```
 1  STATE OF CONNECTICUT     :
 2                                S.S. WALLINGFORD
 3  COUNTY OF NEW HAVEN      :
 4          I, Elisa Ferraro, LSR, a Notary Public for the
 5  State of Connecticut, do hereby certify that the
 6  deposition of LISA PHANEUF, a witness, was taken before me
 7  pursuant to the Federal Rules of Civil Procedure, held at
 8  the Law Offices of Williams, Walsh & O'Connor, 110
 9  Washington Avenue, North Haven, CT, commencing at 3:50
10  p.m., on Wednesday, August 20, 2003.
11          I further certify that the witness was first
12  sworn by me to tell the truth, the whole truth, and
13  nothing but the truth, and was examined by counsel, and
14  her testimony stenographically reported by me and
15  subsequently transcribed as herebefore appears.
16          I further certify that I am not related to the
17  parties hereto or their counsel, and that I am not in any
18  way interested in the event of said cause.  Dated at New
19  Haven, Connecticut, this 22nd day of September, 2003.
20
21                          _____
                                    Notary Public
22
23  My Commission Expires:  December 31, 2006.
24  License #00233
```