1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELLY PHANEUF

VS                                CV 3:03CV00372 (AVC)

ROSE MARIE CIPRIANO, DORENE M.
FRAIKIN, KATHLEEN BINKOWSKI,
TOWN OF PLAINVILLE AND PLAINVILLE
BOARD OF EDUCATION

Deposition of DORENE M. FRAIKIN taken in accordance with the Connecticut Practice Book at the law offices of Eisenberg, Anderson, Michalik & Lynch, LLP, 136 West Main Street, New Britain, Connecticut before Deborah Gentile, LSR, a Licensed Shorthand Reporter and Notary Public, in and for the State of Connecticut on December 12, 2003, at 2:00 p.m.

DEBORAH GENTILE, LSR
LSR NO. 419

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE            100 PEARL STREET, 14th FLOOR
MADISON, CT 06443          HARTFORD, CT 06103-4506
  203 245-9583                  800 839-6867

2

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF:

KRISTA A. DOTSON, ESQUIRE
GESMONDE, PIETROSIMONE & SGRIGNARI, LLC
3127 WHITNEY AVENUE
HAMDEN, CONNECTICUT  06518
203-407-4200


SHEILA J. HANLEY, ESQUIRE
GESMONDE, PIETROSIMONE & SGRIGNARI, LLC
3127 WHITNEY AVENUE
HAMDEN, CONNECTICUT  06518
203-407-4200


ON BEHALF OF THE DEFENDANT:

JAMES G. WILLIAMS, ESQUIRE
WILLIAMS, WALSH & O'CONNOR, LLC
110 WASHINGTON AVENUE, SECOND FLOOR
NORTH HAVEN, CONNECTICUT  06473
203-234-6333

15

1   Q   Did she use any other term or words to describe
2   the search that she wanted you to conduct?
3   A   No.
4   Q   Okay.  Did you agree to perform the search of
5   Kelly's person?
6   A   No, I did not, not at the time.  I said that I
7   was uncomfortable doing this and that we really should
8   call her mother.  She agreed to that and that's what we
9   did.  She asked me to place the call.  I placed the call
10  to her mother after Kelly gave us the phone number
11  reluctantly and I handed it over to Mrs. Cipriano to phone
12  her.
13  Q   So did you express any hesitancy or
14  apprehension?
15  A   Yes, I did.
16  Q   Did you express that to Mrs. Cipriano?
17  A   Yes, I did.
18  Q   Anyone else did you express that to?
19  A   No.  I mean Kelly was present but.
20  Q   Why did you express this to Mrs. Cipriano?
21  A   Because I just felt uncomfortable with it.  I
22  didn't think it was, you know, my -- I just felt
23  uncomfortable with it.
24  Q   Did you ever request that another individual be
25  present during the search?

```
                                                               22
 1        Q    Okay.  Do you recall what Kelly was wearing that
 2   day?
 3        A    Halter top and a pair of shorts.
 4        Q    And who actually conducted the search?
 5        A    Her mother.
 6        Q    Why did Lisa Phaneuf conduct the search and not
 7   you?
 8        A    Because I was uncomfortable doing it.
 9        Q    Did you participate in the search at all?
10        A    No, I did not.
11        Q    I'm sorry.  If you could state again for the
12   record where were you located when the search occurred?
13        A    In the hallway.  You have to look at the number,
14   like right out in the hallway here, right outside the door
15   with my back facing the door where the doorways are open
16   with no door on them.
17        Q    Just for the record, it's in reference to Photo
18   5.  What did you observe during the search?
19        A    The wall.  The opposite wall.
20        Q    Did you look into the room at all?
21        A    No, I did not.
22        Q    Why not?
23        A    Because I was uncomfortable.
24        Q    Now if you were asked by Principal Cipriano to
25   conduct a search, wouldn't that have defeated the purpose
```

49

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __10th__ day of __January__, 2004.

_____
Deborah Gentile
Notary Public

My commission expires: October 31, 2006