```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3

 4
     - - - - - - - - - - - - - - - -x
 5   KELLY PHANEUF                  :
                                    :
 6                                  :
     VS                             : Civil No.3:03CV00372 (AVC)
 7                                  :
                                    :
 8   ROSE MARIE CIPRIANI, DORENE M. :
     FRAIKIN, KATHLEEN BINKOWSKI,   :
 9   TOWN OF PLAINVILLE and PLAINVILLE:
     BOARD OF EDUCATION             :
10   - - - - - - - - - - - - - - - -x

11

12            Deposition of NANCY LEWIS taken pursuant to

13       the Rules of Civil Procedure, before Amy C.

14       Brewer, LSR, License #164, Professional

15       Shorthand Reporter and Notary Public within and

16       for the State of Connecticut, held at the law

17       offices of Williams, Walsh & O'Connor, LLC, 110

18       Washington Avenue, North Haven, Connecticut, on

19       February 5, 2004 at 10:00 a.m.

20

21

22            DEL VECCHIO REPORTING SERVICES, LLC
                PROFESSIONAL SHORTHAND REPORTERS
23                     117 RANDI DRIVE
                     MADISON, CT 06443
24                     203 245-9583
                       800 839-6867
25   HARTFORD                                     STAMFORD
```

```
 1    A P P E A R A N C E S:

 2

 3

 4    ON BEHALF OF THE PLAINTIFF:

 5    ATTORNEY SHEILA J. HANLEY

 6    GESMONDE, PIETROSIMONE & SGRIGNARI, LLC

 7    3127 WHITNEY AVENUE

 8    HAMDEN, CT 06518

 9

10

11    ON BEHALF OF THE DEFENDANT:

12    MICHAEL O'CONNOR, ESQUIRE

13    WILLIAMS, WALSH & O'CONNOR, LLC

14    110 WASHINGTON AVENUE, SECOND FLOOR

15    NORTH HAVEN, CT 06473

16

17

18

19

20

21

22

23

24

25
```

1   A.   Yes.

2   Q.   Did she use the term strip search to describe the
3   search?

4   A.   Yes.

5          MR. O'CONNOR:  When you say she you're
6   talking about Kelly Phaneuf?

7          MS. HANLEY:  Yes.

8   BY MS. HANLEY:

9   Q.   During that conversation with Kelly on June 10,
10  2002 do you recall if Kelly described how she felt about the
11  search that took place?

12  A.   Well I recall because I have the statement I wrote
13  in front of me.

14  Q.   Okay.  Well, reviewing this statement on the second
15  page under the date June 10, 2002, in your statement it says
16  Kelly said she "felt like she was raped," is that correct?

17  A.   Yes.

18  Q.   And did she say that to you?

19  A.   As far as I remember.

20  Q.   And if it was in quotes is it likely that that was
21  the exact phrase that she probably used?

22  A.   Yes.

23  Q.   Do you recall if Kelly also said that she was
24  humiliated and would always remember her senior class picnic
25  because of whatever had happened?

1     A.   Yes.

2     Q.   Did Kelly also state she needed to use her asthma

3  inhaler due to how upset she was?

4     A.   She stated that.

5     Q.   And did Kelly appear upset on this date, if you

6  recall?

7               MR. O'CONNOR:   When you say on this

8           date, are you talking about the date on June

9           10?

10              MS. HANLEY:   June 10, 2002.

11    A.   I can't remember.

12 BY MS. HANLEY:

13    Q.   Do you recall whether or not Kelly said anything

14 else to either describe the search itself or to describe her

15 feelings about the search on that date, June 10, 2002?

16    A.   I can't remember.

17    Q.   Prior to June 7, 2002 had you yourself ever

18 conducted a search of a student in your capacity as a school

19 nurse?

20    A.   Could you define what you mean by search?

21    Q.   Either a search of a student's person, a search of

22 students' belongings, such as a purse, jacket?

23    A.   No.

24    Q.   Have you performed any search at all in your

25 capacity as a school nurse?

Case 3:03-cv-00372-AVC   Document 32-7   Filed 05/24/2004   Page 5 of 5

32

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interest in the outcome of said cause.

Witness my hand and seal as Notary Public this <u>6th</u> day of <u>February</u>, 2004.

*[signature]*
Amy C. Brewer
Notary Public
License #164

My Commission Expires:   6/30/06