```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3  ---------------------------------x
                                     :
 4  KELLY PHANEUF (AVC),             :
                                     :
 5          Plaintiff                :
    VS.                              :    3:03CV00372
 6                                   :
    ROSEMARIE CIPRIANO, DORENE M.    :
 7  FRAIKIN, KATHLEEN BINKOWSKI,     :
    TOWN OF PLAINVILLE AND           :
 8  PLAINVILLE BOARD OF EDUCATION,   :
                                     :
 9          Defendants               :
10  ---------------------------------x
11
12                     AUGUST 20, 2003
13
14          Deposition of KELLY PHANEUF, taken
15  pursuant to the Federal Rules of Civil Procedure, held at
16  the Law Offices of Williams, Walsh & O'Connor, 110
17  Washington Avenue, 2nd Floor, North Haven, CT, before
18  Elisa Ferraro, LSR, a Notary Public in and for the State
19  of Connecticut, License No. 233, on Wednesday, August 20,
20  2003 at 1:05 p.m.
21
22                    A+ REPORTING SERVICES
                         P.O. BOX 831
23                    Wallingford, CT 06492
                        (203)269-9976
24
```

```
 1   FOR THE PLAINTIFF:

 2   THE LAW OFFICES OF GESMONDE, PIETROSIMONE & SGRIGNARI, LLC
     3127 Whitney Avenue
 3   Hamden, CT 06518
     BY:  SHEILA J. HANLEY, ESQUIRE
 4

 5

 6   FOR THE DEFENDANT:

 7   THE LAW OFFICES OF WILLIAMS, WALSH & O'CONNOR
     110 Washington Avenue, 2nd Floor
 8   North Haven, CT 06473
     BY:  JAMES G. WILLIAMS, ESQUIRE
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
1    I was permitted to.
2         Q    To your knowledge --
3         A    You're not supposed to, but everybody did.
4         Q    Okay.
5         A    I was 18 and legally allowed to smoke cigarettes
6    in the state of Connecticut.
7         Q    I guess my question is did you take cigarettes
8    to school at Plainville High School?
9         A    Yes.  Did I bring them out during school, no.
10        Q    You kept them on your person in your locker
11   or --
12        A    In my locker till the end of the day.
13        Q    In your pocketbook or whatever, is that correct?
14        A    Yes.
15        Q    What type of cigarettes did you smoke?
16        A    Marlboro mediums.
17        Q    Marlboro?
18        A    Marlboro mediums.
19        Q    Did you possess lighters or matches?  Did you
20   take lighters or matches?
21        A    Yeah.  One.
22        Q    In fact, on the day of this incident, you had on
23   your possession cigarettes and a lighter?
24        A    Cigarettes and a lighter.
```

```
 1     Q    You have to wait till I finish the question.
 2     A    I'm sorry.
 3     Q    What type of cigarettes did you have in your
 4  possession?
 5     A    Marlboro mediums.
 6     Q    What type of lighter did you have?
 7     A    Just a regular.
 8     Q    And on that day, the day of the incident, you
 9  were aware that you weren't supposed to have cigarettes on
10  school grounds, is that correct?
11     A    No.
12     Q    You were not aware that you were not supposed to
13  have cigarettes on school grounds?
14     A    They checked my bag and saw them in there and
15  didn't say a word.
16     Q    My question was on the day of the incident, were
17  you aware that you were not supposed to have cigarettes at
18  school?
19     A    I guess I'll say yes, we were never supposed to
20  have cigarettes.
21     Q    How about a lighter did you know you weren't
22  supposed to bring the lighter to school?
23     A    Yes.
24     Q    Did you ever bring marijuana to the Plainville
```

```
 1  questions about that and we can move on.
 2          What were you wearing that day, specifically?
 3      A   A jean skirt, sandals, my senior T-shirt and a
 4  visor.  And that was it.
 5      Q   What was the weather like that day?
 6      A   It was --
 7      Q   If you recall.
 8      A   Somewhat sunny.
 9      Q   Was it cool, warm?
10      A   In the middle.
11      Q   Did you have a jacket of some type?
12      A   Yeah, I had a jacket.
13      Q   Was it a pullover, a hooded sweat shirt, a
14  windbreaker?
15      A   It was a windbreaker.  I wasn't wearing it
16  though.
17      Q   Were you carrying it with you?
18      A   Yes.
19      Q   What was the color of the windbreaker?
20      A   Red and blue.
21      Q   Did it have pockets?
22      A   Yes.
23      Q   Did it have a zip pocket in the front or two
24  side pockets?
```

```
 1   this search, did you say anything?
 2        A    No.
 3        Q    Did your mother say anything?
 4        A    Yes.
 5        Q    What did she say?
 6        A    "Is that enough?"
 7        Q    Did she say anything else that you recall?
 8        A    No. Well, she asked "Where else do I have to
 9   look?" Then because Miss Fraikin said, "No, it's not
10   enough."
11        Q    Was that when they searched you up top?
12        A    No. They had already looked up top. I had my
13   shirt back on pretty much and then pretty much lost my
14   skirt completely, took it off just about.
15        Q    Well, was it totally off you or was it partially
16   on you?
17        A    It was at my ankles, dropped at my ankles.
18        Q    So it's your recollection that your mother said,
19   "Is that enough?" And Miss Fraikin said, "No, it's not
20   enough"?
21        A    Yes.
22        Q    What else did Miss Fraikin say?
23        A    My mother said, "Do I have to look in the back?"
24   And she said, "Yes." Miss Fraikin said, "Yes."
```

```
1    Q    Then what happened?
2    A    Then my mom looked in the back.
3    Q    Did Miss Fraikin also look in the back?
4    A    She watched my mother look at that point.
5    Q    So the answer to that would be no, she didn't
6  walk around you and look?
7    A    No. She didn't walk around me and look. She
8  watched my mother's facial expression.
9    Q    And then what happened?
10   A    Then I was allowed to put my skirt back on and
11 we all walked out of the door.
12   Q    What was said at that time?
13   A    I don't know because I walked right out. I
14 grabbed my things and I walked out. I was crying
15 hysterically.
16   Q    And when did you next have any discussion with
17 anyone about the incident?
18   A    Well, I left the school right after that. I
19 went out front, lit a cigarette and waited for my mother
20 to come out.
21   Q    Did you ever say something like This is bull
22 shit?
23   A    Yes.
24   Q    Did you say you were never coming back to the
```

1  summer, is that correct?
2  A   Yes.
3  Q   Now, in terms of your lawsuit, are you claiming
4  that this particular incident has caused you any harm or
5  damage?
6  A   Yes.
7  Q   Tell me what the claim is.
8  A   I've suffered a lot of trauma that I otherwise
9  would not have had to deal with because of this.
10 Q   Tell me what trauma you have suffered.
11 A   Every time someone mentions Plainville High
12 School, I get put in a funk, a bad mood. My graduation
13 was ruined because I had to stand up there and accept a
14 diploma from someone who a week earlier had totally
15 disrespected me as a person. I've gone through my share
16 of angst, depression. And things were going pretty good
17 for a little while but that changed a lot.
18 Q   Well, did you attend graduation?
19 A   Yes.
20 Q   Did you attend graduation parties?
21 A   No. I went to two, mine and my childhood best
22 friend's who went to Plainville High School.
23 Q   So you attended graduation parties, is that
24 correct?

```
1       Q    Did they refer you to your current lawyers?
2       A    Yes.  Gesmonde.
3       Q    And how long was it after this incident occurred
4  that you went to see a therapist?
5       A    I went on my next scheduled date because that
6  was the soonest I could get in.  I actually saw Manoharan
7  before I saw a therapist for his okay to get a referral
8  for a therapist.  I went for the next scheduled date we
9  already had.
10      Q    There was a pending appointment that you had
11 when this incident occurred?
12      A    Um, hum.
13      Q    And you kept that pending appointment?
14      A    Yes.
15      Q    And at that point, you suggested you wanted to
16 see the therapist?
17      A    I didn't suggest it.  He suggested it.
18      Q    Did you ask to see a therapist at that time?
19      A    I didn't -- I don't think I asked.  We talked
20 about it.  We talked about what would be best for me, and
21 I thought well, maybe I should.  He agreed with me.  He
22 had wanted me to go back though to see a therapist.  That
23 entire year he wanted me to go back because I also -- I
24 endured -- I lost about five people my senior year of high
```

1    A    What?

2    Q    Is it your testimony that you discussed this
3  incident on more than one occasion?

4    A    Yes. Because after that visit, it became the
5  lawsuit, known as the "lawsuit" to him and we did discuss
6  it. I give him updates on how it's treating me. Every
7  time I go, we talk about the lawsuit. It's not always in
8  his notes, but we've talked about it consecutively.

9    Q    How long did you have any level of anxiety as a
10 result of this incident? When was it in your mind that
11 the anxiety or nervousness or upset stopped?

12   A    It hasn't.

13   Q    Is it your testimony that you're still upset as
14 a result of this?

15   A    Oh, yeah.

16   Q    Does it interfere with your ability to do any of
17 your activities?

18   A    Some.

19   Q    Tell me what it interferes with your ability to
20 do?

21   A    It has increased my insecurity which is already
22 an abnormal high. Before this incident, I was insecure
23 and I had trust issues before the incident. After the
24 incident, those both skyrocketed. I still to this day

```
 1  have trust issues and insecurity. A lot of it has to do
 2  with it being in the paper and me being questioned about
 3  it every time I see someone that I used to go to school
 4  with. Not only that. Every time Plainville High is
 5  mentioned, it's brought back. Every time I hear someone
 6  laughing, and I don't know why, I think it's because
 7  they're laughing at me.
 8      Q   It was placed in the paper because you in
 9  instituted the lawsuit. You're aware of that?
10      A   I know that. I knew it was going to happen too.
11  I was preparing for the stress, but you can't prepare
12  yourself for something you've never gone through before.
13      Q   I'm looking through the notes of the
14  psychologist and it seems to me that after the initial
15  visit, the focus of the visits changed in terms of other
16  stressors in your life, looking for a new job.
17      A   Not necessarily.
18      Q   No?
19      A   I want to say that when new things are brought
20  into discussion, he definitely, you know, he adds that to
21  his notes; but we've talked about pretty much every single
22  thing that I've mentioned. We go over it just about every
23  time I go in there. It's like a checklist almost, and we
24  bring new things onto it every time. Do you know what I'm
```

```
 1   saying?
 2       Q    At least with regard to the notes I have,
 3   there's been five visits since this incident occurred with
 4   therapy?
 5       A    There's been more than five.  You just don't
 6   have all the recent ones.
 7       Q    The notes go up to June of '03.  Have you been
 8   back since June of '03?
 9       A    Um, hum.  Twice.
10       Q    Can I get updated notes then?
11       A    Yes.  Actually, once.  At least once I've been
12   back since then.
13           MS. HANLEY:  We'll have to continue
14       getting reports from them on a regular basis.
15       Q    And you didn't miss any time from work?  I think
16   we discussed this, right?
17       A    Yes.
18       Q    And you attended the graduation from Plainville
19   High School?
20       A    I attended graduation.  I didn't go to Project
21   Graduation.
22       Q    You started college in the following September,
23   is that correct?
24       A    Yes.
```

```
1   STATE OF CONNECTICUT      :
2                                 S.S. WALLINGFORD
3   COUNTY OF NEW HAVEN       :
4           I, Elisa Ferraro, LSR, a Notary Public for the
5   State of Connecticut, do hereby certify that the
6   deposition of KELLY PHANEUF, a witness, was taken before
7   me pursuant to the Federal Rules of Civil Procedure, held
8   at the Law Offices of Williams, Walsh & O'Connor, 110
9   Washington Avenue, North Haven, CT, commencing at 1:05
10  p.m., on Wednesday, August 20, 2003.
11          I further certify that the witness was first
12  sworn by me to tell the truth, the whole truth, and
13  nothing but the truth, and was examined by counsel, and
14  her testimony stenographically reported by me and
15  subsequently transcribed as herebefore appears.
16          I further certify that I am not related to the
17  parties hereto or their counsel, and that I am not in any
18  way interested in the event of said cause.  Dated at New
19  Haven, Connecticut, this 22nd day of September, 2003.
20                             _____
                                    Notary Public
21
22  My Commission Expires:  December 31, 2006.
23  License #00233
24
```

A+ REPORTING SERVICES