UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : : : | |
| | : | |
| Defendants. | : | MAY 24, 2004 |

**AFFIDAVIT OF SHEILA J. HANLEY IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Sheila J. Hanley, declare:

1. I am a member of the bar of this Court and am associated with the law firm of Gesmonde, Pietrosimone & Sgrignari, L.L.C. I make this statement in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2. Annexed to the Plaintiff's accompanying Memorandum of Law are true and correct copies of the documents referred to in Plaintiff's Local Rule 56 (a) (2) Statement of Material Facts as to Which There is a Genuine Issue to be Tried, and to the accompanying Memorandum of Law.

Dated at Hamden, Connecticut this ___ day of May, 2004.

_____
Sheila J. Hanley

1

STATE OF CONNECTICUT        )
                            )    SS: Hamden
COUNTY OF NEW HAVEN         )

    Subscribed to and sworn to before me this ___ day of May, 2004.

    _____
    Notary Public
    Commissioner of Superior Court