UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF<br>    Plaintiff | :    3:03 CV 00372 (AVC) |
| V. | |
| ROSEMARIE CIPRIANO, DORENE M. FRAIKIN,<br>KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE<br>and PLAINVILLE BOARD OF EDUCATION<br>    Defendants | :    JUNE 11, 2004 |

### NOTICE OF DISCLOSURE OF EXPERT REPORT

The defendants herein, hereby disclose the report of a retained expert, Joseph L. Woolston, M.D. It is anticipated that Dr. Woolston may testify in accordance with the opinion and conclusions as referenced in his report.

THE DEFENDANT,

BY _____
James G. Williams
WILLIAMS, WALSH & O'CONNOR, LLC
110 Washington Ave., 2nd Floor
North Haven, CT 06473  #421162
(203) 234-6333

## CERTIFICATION

This is to certify that the foregoing has been mailed, postage prepaid to the following counsel of record and pro se parties:

Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518

407-4200

_____
James G. Williams

Case 3:03-cv-00372-AVC    Document 37-2    Filed 07/12/2004    Page 3 of 5

YALE UNIVERSITY  Joseph L. Woolston, M.D.
Professor of Child Psychiatry
and Pediatrics
 Chief, Child Psychiatry
Yale-New Haven
Children's Hospital

June 4, 2004

James G. Williams
Williams, Walsh, & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473-1718

Re.: Kelly P. Phaneuf v. Town of Plainville, et. al.

Dear Mr. Williams:

I am providing you with a Report of Findings as a result of a record review in the case of Kelly P. Phaneuf v. Town of Plainville, et. al.

I reviewed the following documents that you provided me:

Medical records from hospitalization at New Britain General, 9/15/00-9/16/00
Complaint, Kelly P. Phaneuf v. Town of Plainville, et. al
Deposition of Lisa Phaneuf
Deposition of Kelley Phaneuf
Deposition of Dorene Fraikin
Deposition of Rose Marie Cipriano
Plaintiff's responses to Defendant's requests for disclosure and production, including
    outpatient treatment records of Kelly Phaneuf
Defendant's response to Plaintiff's first request for discovery to Defendant Rose Marie
    Cipriano, including Kelly Phaneuf's school record's from Plainville High School
Defendant's responses to Plantiff's first request for discovery to Defendant Dorene
    Fraiken
Newspaper article describing Kelly P. Phaneuf v. Town of Plainville, et. al
Damage analysis

As a result of my review of these documents I have reached the following conclusions in accordance with my expert medical opinion:

1). There are data that support the claim beyond reasonable medical probability that Kelly Phaneuf had experienced significant emotional and psychiatric distress before June 7, 2002, in part as a result of exposure to traumatic experiences in her life having nothing to do with the search on June 7, 2002. This emotional and psychiatric distress apparently led her to make a suicide attempt on September 15, 2000 that included an ingestion of more than 100 pills of a variety of medications.

Yale Child Study Center • 230 South Frontage Road • P.O. Box 207900 • New Haven, CT 06520-7900
Telephone: 203 785-7071 • Fax: 203 785-7402 • E-mail: joseph.woolston@yale.edu

2). There are no data presented that support the claim that Kelley Phaneuf had a significant change in emotional, educational, vocational, psychiatric or social functioning as a result of the search that occurred on June 7, 2002 at Plainville High School.

3). There are no data to support the claim that Kelley Phaneuf has suffered severe physical, mental and emotional injuries, some of which are likely to be of a permanent nature, including but to but not limited to mental anguish, low self esteem and severe emotional distress as a direct and proximate cause of the search that occurred on June 7, 2002 at Plainville High School. Specifically, there are no data from the medical records of her outpatient psychiatric treators, from her educational records or from her testimony on deposition that she experienced injury that required treatment or significantly altered her social, educational, vocational, or psychiatric functioning as a direct and proximate cause of the search that occurred on June 7, 2002 at Plainville High School.

Therefore I conclude with reasonable medical pobability that Kelly Phaneuf has not suffered severe physical, mental and emotional injuries, some of which are likely to be of a permanent nature, including but to but not limited to mental anguish, low self esteem and severe emotional distress as a direct and proximate result of the search on June 7, 2002 at Plainville High School.

Joseph L. Woolston, M.D.