FILED

2004 JUL 12 A 11: 41

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| v. | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| Defendants. | : | JULY 7, 2004 |

## MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY AT TRIAL AND, ALTERNATIVELY, MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Kelly Phaneuf, hereby moves to preclude the testimony of the defendants' expert, namely, Dr. Joseph Woolston, which expert was disclosed in the defendants' Notice of Disclosure of Expert Report dated June 11, 2004. In support of her motion, the plaintiff respectfully represents the following:

1. The above captioned matter was originally scheduled to be ready for trial by May 3, 2004. On March 18, 2004, defense counsel filed a motion for enlargement of time

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Alfred V. Covello, U.S.D.J.
FILED 2004 AUG -3 A 8:56 U.S. DISTRICT COURT HARTFORD, CT

August 2, 2004. DENIED as moot.
SO ORDERED.