UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELLY PHANEUF

       V.                               CASE NO. 3:03CV00372(AVC)

ROSE MARIE CIPRIANO,
DORENE M. FRAIKEN,
KATHLEEN BINKOWSKI, TOWN
OF PLAINVILLE and PLAINVILLE
BOARD OF EDUCATION

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed their motion for summary judgment and the Court, on July 29, 2004 having granted the motion with respect to the federal causes of action and having dismissed without prejudice plaintiff's state law claims declining to exercise jurisdiction; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants and against the plaintiff.

Dated at Hartford, Connecticut, this 3rd day of August, 2004.

                                                 KEVIN F. ROWE, Clerk

                                               By:   /s/ JW
                                                       Jo-Ann Walker
                                                       Deputy Clerk

EOD: _____