**FORM 1**

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Kelly Phaneuf

      v.

Rose Marie Cipriano,
Dorene M. Fraiken,
~~Kathleen Binkowski, Town~~
of Plainville and Plainville
Board of Education

**CIVIL CASE NO.** 3:03CV00372(AVC)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Kelly Phaneuf__ hereby gives notice and
                                        (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
See attached Judgment and Ruling on the Defendants' Motion for Summary Judgment

2. The Judgment /Order in this action was entered on August 3, 2004.
                                                    (date)

_[signature]_
**Signature**

John M. Gesmonde
**Print Name**

3127 Whitney Avenue

Hamden, CT  06518-2344
**Address**

Date: 8/30/04

203-407-4200
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).