03cv372 mand
nhct
03-cv-372
Covello



# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of May, two thousand and six.

Before:    Hon. Dennis Jacobs,
           Hon. Barrington D. Parker,
                      *Circuit Judges*
           Hon. David N. Hurd,
                      *District Judge\**

Docket No. 04-4783-cv

---

KELLY PHANEUF,

                    *Plaintiff-Appellant,*

     v.

DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, PLAINVILLE BD. OF ED., TOWN OF PLAINVILLE AND ROSEMARIE CIPRIANO,

                    *Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and this case is REMANDED for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by

DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

\* The Honorable David N. Hurd of the United States District Court for the Northern District of New York, sitting by designation.

Issued as Mandate: 6/15/06