UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KELLY PHANEUF,** : | |
| : | |
| Plaintiff, : | Civil No. 3:03CV00372 (AVC) |
| : | |
| v. : | |
| : | |
| **ROSE MARIE CIPRIANO, DORENE M.** : | |
| **FRAIKIN, KATHLEEN BINKOWSKI,** : | |
| **TOWN OF PLAINVILLE and PLAINVILLE** : | |
| **BOARD OF EDUCATION,** : | |
| : | |
| Defendants. : | FEBRUARY 14, 2007 |

**DEFENDANTS' MOTION FOR RECONSIDERATION**
**RE: MOTION FOR SUMMARY JUDGMENT**

The Defendants, Rose Marie Cipriano and Dorene M. Fraikin, hereby respectfully request that this Honorable Court permit reargument / reconsideration with respect to the Court's ruling on the defendants' Motion for Summary Judgment by the Honorable Judge Covello dated January 25, 2007.  Specifically, it is requested that the Court reconsider its ruling pertaining to its denial of Summary Judgment as to the plaintiff's claims sounding in Invasion of Privacy against the defendants Cipriano and Fraikin.

As the Court is aware, on or about March 17, 2004, the defendants initially filed a

-1-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c).  On July 21, 2004, the Court granted the motion, concluding that the search of the plaintiff was both reasonable at its inception and in scope.  Having granted the motion as to the federal causes of action, the Court declined to exercise jurisdiction over the remaining state law causes of action, including those sounding in invasion of privacy.  Following said ruling, the plaintiff brought suit as to her remaining state law causes of action by way of Complaint made returnable to the Connecticut Superior Court, Judicial District New Britain.  Counts Five and Six of said Complaint sounded in invasion of privacy against defendants Cipriano and Fraikin, respectively.

On or about February 17, 2005, the defendants filed a Motion for Summary Judgment as to all counts of the plaintiff's Complaint including Counts Five and Six, sounding in invasion of privacy.  (Memorandum of Law in Support of Summary Judgment; attached hereto as **Exhibit A**).  On or about May 31, 2005, Judge Berger heard oral argument regarding defendant's Motion for Summary Judgment and on August 18, 2005 issued a Memorandum of Decision granting defendants Motion for Summary Judgment in its entirety, including plaintiff's claims of invasion of privacy.  (Memorandum of Decision on Motion for Summary Judgment, Berger, J., August 18, 2005, attached hereto as **Exhibit B**).

-2-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

Thus, because the Court initially declined jurisdiction over plaintiff's Connecticut causes of action for invasion of privacy, Judge Berger considered said claims and ruled that under Connecticut law Summary Judgment be granted in the defendants favor. Accordingly, as a result of Judge Berger's decision, it is respectfully requested that this Honorable Court reconsider its decision of January 25, 2007 and grant defendant's Motion for Summary Judgment as to plaintiff's claims sounding in invasion of privacy against defendants Cipriano and Fraikin.

Respectfully Submitted,

THE DEFENDANTS,
ROSEMARIE CIPRIANO,
DORENE M FRAIKIN,

By Their Attorney,

/s/ James G. Williams
JAMES G. WILLIAMS, ESQ.
FEDERAL BAR NO CT 01938
WILLIAMS WALSH & O'CONNOR LLC
110 WASHINGTON AVE, 2ND FLR
NORTH HAVEN CT 06473
TEL (203) 234 6333
FAX (203) 234 6330

-3-

## **ORDER**

The foregoing Motion having been heard, it is hereby ORDERED:

Granted // Denied

                                      BY THE COURT

                                      _____

                                      JUDGE/CLERK

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record, this 14th day of February, 2007, to:

Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518

/s/ James G. Williams
James G. Williams

-5-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162