## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| v. | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| Defendants. | : | March 6, 2007 |

### MOTION FOR ENLARGEMENT OF TIME

      The plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her motion for enlargement of time within which to file a response to the defendants' Motion for Reconsideration dated February 14, 2007.  Pursuant to the Court's order, the plaintiff's response to said motion is currently due on or before March 7, 2007.  Due to plaintiff's counsel schedule, the plaintiff requests a fifteen (15) day extension of time, until March 22, 2007, within which to file a response to said motion.  This is the first motion for enlargement of time being filed by the plaintiff, as it relates to the defendants' motion for reconsideration and opposing counsel has no objection to the instant motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time.

                            **THE PLAINTIFF,**
                            **KELLY PHANEUF**

**By:** _____/s/_____
       Sheila J. Hall (ct 22566)
       Gesmonde, Pietrosimone & Sgrignari, L.L.C.
       3127 Whitney Avenue
       Hamden, CT 06518-2344
       (203) 407-4200

## <u>ORDER</u>

The foregoing motion having come before me, it is hereby **ORDERED:**

**GRANTED / DENIED**.

                                                    _____
_____Judge/Clerk

**CERTIFICATION**

      This is to certify that a copy of the foregoing was electronically filed, this 6th day of March, 2007 and sent by regular mail to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

                                                    /s/
                                                  Sheila J. Hall