# Exhibit A

DOCKET NO. CV 04-4001319S      :      SUPERIOR COURT

         :

KELLY PHANEUF,          :      JUDICIAL DISTRICT OF NEW

         PLAINTIFF      :      BRITAIN

         :

V.          :      AT NEW BRITAIN

         :

ROSE MARIE CIPRIANO, DORENE M.      :

FRAIKIN, KATHLEEN BINKOWSKI,      :

PLAINVILLE BOARD OF EDUCATION,      :

and TOWN OF PLAINVILLE,      :

         DEFENDANTS      :      AUGUST 26, 2005

## MOTION FOR EXTENSION OF TIME

Pursuant to Practice Book § 66-1 (a), the plaintiff in the above entitled matter hereby

moves for an extension of time up to and including September 27, 2005, within which to file an

appeal, from the Court's Memorandum of Decision on Motion for Summary Judgment filed on

August 18, 2005. The plaintiff requests an extension of time to file an appeal due to scheduling

conflicts, in which plaintiff's counsel will be unable to consult with the plaintiff and/or file said

appeal within the current deadline for filing said appeal, namely, September 7, 2005. Accordingly,

the plaintiff requests an extension of time in order to enable counsel with adequate time to consult

with the plaintiff prior to proceeding with an appeal in this matter.


ORAL ARGUMENT NOT REQUESTED

TESTIMONY NOT REQUIRED

GESMONDE, PIETROSIMONE & SGRIGNARI, L.L.C. • ATTORNEYS AT LAW
3127 WHITNEY AVENUE • HAMDEN, CONNECTICUT 06518-2344 • (203) 407-4200 • JURIS NO. 022230

Undersigned counsel has spoken to defense counsel who objects to the instant request for extension of time.

THE PLAINTIFF
KELLY PHANEUF

Sheila J. Hall
Lawrence C. Sgrignari
Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
Hamden, Connecticut 06518
Tel.: (203) 407-4200
Juris No. 022230

## ORDER

The foregoing motion having come before, it is hereby **ORDERED**:

**GRANTED / DENIED**.

_____
Judge/Clerk

2

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed,

postage prepaid, this 26th day of August, 2005 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

Kelly R. Phaneuf
97 Trumbull Avenue
Plainville, CT 06062

_____
Sheila J. Hall

GESMONDE, PIETROSIMONE & SGRIGNARI, L.L.C. • ATTORNEYS AT LAW
3127 WHITNEY AVENUE • HAMDEN, CONNECTICUT 06518-2344 • (203) 407-4200 • JURIS NO. 022230

3