UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| v. | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| Defendants. | : | MARCH 28, 2007 |

### DEFENDANTS' REQUEST FOR LEAVE TO AMEND THEIR ANSWER AND AFFIRMATIVE DEFENSES DATED MAY 29, 2003

Pursuant to Federal Rule of Civil Procedure 15(a), the defendants, Town of Plainville and Plainville Board of Education, hereby respectfully Request Leave to Amend their Answer and Affirmative Defenses dated May 29, 2003 in accordance with the defendants' Amended Answer and Affirmative Defenses to Plaintiff's Complaint, dated and filed herewith.

Specifically, the defendants wish to Amend their Answer to include the Seventh Affirmative Defense of res judicata, and the Eighth Affirmative Defense of collateral estoppel.

-1-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

THE DEFENDANTS,
TOWN OF PLAINVILLE, AND
PLAINVILLE BOARD OF EDUCATION


By: /s/ James G. Williams
James G. Williams, Esq. (ct 09051)
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473
(203) 234-6333


## ORDER

The foregoing Request, having come before this Court, it is hereby ORDERED:

    GRANTED //  DENIED

    BY THE COURT

_____
JUDGE  // CHIEF CLERK

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007, a copy of the foregoing Defendants' Request for Leave to Amended their Answer and Affirmative Defenses was filed electronically and via U.S Mail, first class, postage prepaid, to the following counsel of record:

Sheila J. Hanley (ct 22566)
Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518
(203) 407-4200

/s/ James G. Williams
James G. Williams

-3-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162