UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION,<br><br>                    Defendants. | Civil No. 3:03CV00372 (AVC)<br><br><br><br><br><br><br><br><br><br>MARCH 28, 2007 |

### DEFENDANTS' REQUEST FOR LEAVE TO AMEND THEIR ANSWER AND AFFIRMATIVE DEFENSES DATED MAY 29, 2003

3:03CV0372(AVC) April 23, 2007. This is an action for damages. It is brought pursuant 42 U.S.C. § 1983. The plaintiff, Kelly Phaneuf, alleges that the defendants, the Town of Plainville and the Plainville Board of Education, caused her to be searched in violation of the Fourth Amendment to the United States Constitution.

The defendants now move to amend their answer to include res judicata and collateral estoppel as special defenses. Phaneuf has not responded to the within motion.

The Federal Rules of Civil Procedure permit defendants to amend their pleadings with leave of the court, and further provide that such "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Second Circuit has interpreted this provision as favoring "amendment absent a showing by the non-moving party of bad faith or undue prejudice." Anthony v. City of New York, 339 F.3d 129, 138 (2d Cir. 2003) (citing State Teachers Ret. Bd. v. Fluor Corp., 654 F.2d 843, 856 (2d Cir. 1981)).

Because the non-moving party, Phaneuf, has not replied to the within motion, the court concludes that she has failed to make a showing of bad faith or undue prejudice. As such, the motion to amend the answer (document no. 56) is GRANTED. Within ten days of the entry of this order, the defendants may file an answer that includes res judicata and collateral estoppel as special defenses.
SO ORDERED.

Alfred V. Covello, U.S.D.J.