UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **KELLY PHANEUF,** | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| **ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION,** | : | |
| | : | |
| Defendants. | : | APRIL 26, 2007 |

**DEFENDANTS' AMENDED ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS COMPLAINT DATED JANUARY 31, 2003**

**COUNT ONE:**     (Alleging Deprivation of Rights Pursuant to 42 U.S.C. § 1983)

1. As to the allegation of paragraph 1 and 15 of the First Count of plaintiff's complaint, these defendants have insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to her proof.

2. Paragraphs 2, 3, 4, 5, 6, 7 and 8 are admitted.

3. Paragraph 14 is denied as pled.

4. The rest and remainder of the First Count of the plaintiffs compliant is denied.

**COUNTS TWO THROUGH SIXTEEN:**   (Counts Dismissed)

-1-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Some or all of the allegations set forth in the plaintiff's complaint are barred by the applicable provides of qualified governmental immunity.

### SECOND AFFIRMATIVE DEFENSE

Some or all of the allegations as set forth in the plaintiff's complaint are barred by the applicable provisions of sovereign immunity.

### THIRD AFFIRMATIVE DEFENSE

Some or all of the allegations as set forth in the plaintiffs complaint are barred by the applicable provisions of C.G.S. §52-557n.

### FOURTH AFFIRMATIVE DEFENSE

If the plaintiff sustained any injury or damage as alleged in her complaint, said injury or damage was caused in whole or in part by her own negligence, carelessness and heedless which negligence will serve to bar or reduce the plaintiff entitlement to compensation.

### FIFTH AFFIRMATIVE DEFENSE

The actions of the defendants as referenced in the complaint were made in good faith and at all times mentioned herein objectively reasonable.

### SIXTH AFFIRMATIVE DEFENSE

Some or all of the counts of the plaintiff's complaint fail to state a claim upon which relief can be granted.

-2-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

**SEVENTH AFFIRMATIVE DEFENSE**

The remaining count of the plaintiff's complaint is barred by the doctrine of res judicata.

**EIGHTH AFFIRMATIVE DEFENSE**

The remaining count of the plaintiff's complaint is barred by the doctrine of collateral estoppel.

>THE DEFENDANTS,
>TOWN OF PLAINVILLE, AND
>PLAINVILLE BOARD OF EDUCATION
>
>
>By: /s/ James G. Williams
>James G. Williams, Esq. (ct 09051)
>Williams, Walsh & O'Connor, LLC
>110 Washington Avenue, Second Floor
>North Haven, CT 06473
>(203) 234-6333

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, a copy of the foregoing Defendants' Amended Answer and Affirmative Defenses was filed electronically and via U.S Mail, first class, postage prepaid, to the following counsel of record:

Sheila J. Hanley (ct 22566)
Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518
(203) 407-4200


/s/ James G. Williams
James G. Williams