UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : : : | |
| | : | |
| Defendants. | : | MAY 18, 2007 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Town of Plainville and Plainville Board of Education, in the above referenced action, hereby respectfully move for Summary Judgment Summary Judgment as to Count One of the plaintiff's Complaint. The defendants respectfully submit that there are not genuine issues of material fact and the defendants are entitled to judgment as a matter of law. As is articulated in the supporting Memorandum of Law accompanying this Motion, the plaintiff's claim is barred by the doctrines of res judicata and collateral estoppel.

-1-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

Respectfully Submitted,

THE DEFENDANTS,
TOWN OF PLAINVILLE,
PLAINVILLE BOARD OF EDUCATION

By Their Attorney,


/s/ James G. Williams
JAMES G. WILLIAMS, ESQ.
FEDERAL BAR NO CT 01938
WILLIAMS WALSH & O'CONNOR LLC
110 WASHINGTON AVE, 2ND FLR
NORTH HAVEN CT 06473
TEL (203) 234 6333
FAX (203) 234 6330

-2-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 18, 2007, a copy of the foregoing Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518

            /s/ James G. Williams
            James G. Williams

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162