# Exhibit A

Case 3:03-cv-00372-AVC    Document 62-2    Filed 05/18/2007    Page 1 of 4

 

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

Screen Section Help: Detail  Party  Motions

View
Docket Number/Case History

# Case Detail

View
Scheduled Court Dates

**Data Updated as of: 5/10/2007**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| PHANEUF, KELLY | v. | CIPRIANO, ROSE MARIE   ET AL |

| | |
|---|---|
| **Docket Number:** HHB-CV-04-4001319-S | **Court Location:** New Britain |
| **File Date:** Sep 10 2004 | **Return Date:** Oct 05 2004 |
| **\* Last Action Date:** Sep 07 2005 | **ADR Status:** Not Applicable |
| **Case Type:** TORT,OTHER - ALL OTHER | |

| | |
|---|---|
| **List Type:** . | |
| **Disposition Date:** Aug 18 2005 | |
| **Judge/Magistrate:** Hon. M. BERGER | **Trial List Claim:** |
| **Disposition:** SUMMARY JUDGMENT-DEFDNT | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear | No Fee Party |
|---|---|---|---|---|---|
| KELLY PHANEUF | 01 | P | . | . | . |
| Attorney: GESMONDE PIETROSIMONE & SGRIGNARI L (Juris No. 022230) | | | | | |
| 3127 WHITNEY AVENUE HAMDEN, CT 06518 2344 | | | | | |
| ROSE M. CIPRIANO | 50 | D | . | . | . |
| Attorney: WILLIAMS WALSH & O'CONNOR LLC (Juris No. 421162) | | | | | |
| 110 WASHINGTON AVENUE SECOND FLOOR NORTH HAVEN, CT 06473 | | | | | |
| DORENE M. FRAIKIN | 51 | D | . | . | . |
| Attorney: WILLIAMS WALSH & O'CONNOR LLC (Juris No. 421162) | | | | | |
| 110 WASHINGTON AVENUE SECOND FLOOR NORTH HAVEN, CT 06473 | | | | | |
| KATHLEEN BINKOWSKI | 52 | D | . | . | . |
| Attorney: WILLIAMS WALSH & O'CONNOR LLC (Juris No. 421162) | | | | | |
| 110 WASHINGTON AVENUE | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLAINVILLE TOWN OF/CAROL SKULTETY/TOWN CLERK | | SECOND FLOOR<br>NORTH HAVEN, CT 06473 | 53 | D | . | . | . |
| Attorney: WILLIAMS WALSH & O'CONNOR LLC (Juris No. 421162) | | | | | | | |
| PLAINVILLE BOARD OF EDUCATION | | 110 WASHINGTON AVENUE<br>SECOND FLOOR<br>NORTH HAVEN, CT 06473 | 54 | D | . | . | . |
| Attorney: WILLIAMS WALSH & O'CONNOR LLC (Juris No. 421162) | | | | | | | |
| | | 110 WASHINGTON AVENUE<br>SECOND FLOOR<br>NORTH HAVEN, CT 06473 | | | | | |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Sep 29 2004 | NOTICE | D | No | | | |
| 102.00 | Sep 29 2004 | REQUEST TO REVISE | D | No | | | |
| 103.00 | Oct 29 2004 | OBJ TO INTERROGATORIES | P | No | | | |
| 104.00 | Oct 29 2004 | OBJ REQUEST TO REVISE | P | No | Sustained | Dec 13 2004 | Hon. MARSHALL BERGER |
| 105.00 | Oct 29 2004 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 106.00 | Nov 23 2004 | MOT EXTEND TIME-DSCOVERY | P | No | Granted | Dec 17 2004 | Hon. MARSHALL BERGER |
| 107.00 | Dec 21 2004 | MOT EXTEND TIME-DSCOVERY | P | No | Granted | Jan 18 2005 | Hon. MARSHALL BERGER |
| 108.00 | Dec 28 2004 | MOT EXTEND TIME-PLEADING | P | No | Granted | Jan 18 2005 | Hon. MARSHALL BERGER |
| 109.00 | Jan 28 2005 | AMENDED COMPLAINT | P | No | | | |
| 110.00 | Feb 02 2005 | MOT EXTEND TIME-DSCOVERY | D | No | Granted | Feb 22 2005 | Hon. MARSHALL BERGER |
| 111.00 | Feb 22 2005 | NOTICE | P | No | | | |
| 112.00 | Feb 23 2005 | MOT SUMMARY JUDGMENT | D | Yes | Granted | Aug 18 2005 | Hon. MARSHALL BERGER |
| 113.00 | Feb 23 2005 | SUPPORTING MEMORANDUM | D | No | | | |
| 114.00 | Feb 28 2005 | MOT EXTEND TIME | P | No | Granted | Mar 11 2005 | BY THE CLERK |
| 115.00 | Mar 02 2005 | DISCLOSE EXPERT WITNESS | D | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 116.00 | Apr 13 2005 | MOTION FOR ORDER | P | No | Granted | May 02 2005 | Hon. RICHARD ROBINSON |
| 117.00 | Apr 13 2005 | BRIEF/CLAIMS OF LAW | P | No | | | |
| 118.00 | May 20 2005 | REPLY | D | No | | | |
| 119.00 | Aug 18 2005 | MEMORANDUM OF DECISION | Court | No | | | |
| 120.00 | Aug 18 2005 | SUMMARY JUDGMENT-DEFDNT | | Yes | | Aug 18 2005 | Hon. MARSHALL BERGER |
| 121.00 | Aug 26 2005 | MOT EXTEND TIME-APPEAL | P | No | Granted | Sep 02 2005 | Hon. MARSHALL BERGER |

PHANEUF,KELLY   v.   CIPRIANO,ROSE MARIE ET AL

The following table lists events that have been individually scheduled for this case for today, or for a date in the future*. Other court activity may be separately scheduled on short calendars or assignment lists.

This table was last updated on **5/10/2007**.

| Individually Scheduled Court Dates ||||
|---|---|---|---|
| # | Date | Time | Event Description | Status |
| No Events Found |||||

*Note: Individually scheduled events for the Regional Family Trial Docket in Middletown and Complex Litigation Dockets may not be included.

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2007, State of Connecticut Judicial Branch

http://www.jud2.ct.gov/Civil_Inquiry/DispDetail.asp?DocNum=HHB-CV-04-4001319-S          5/11/2007