UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | MAY 18, 2007 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME RE: TRIAL BRIEF

Pursuant to Local Rule 7(b), the defendants, Town of Plainville and Plainville Board of Education, respectfully request that this Court grant the parties an enlargement of time within which to submit a joint trial memorandum. Pursuant to the Court's Order, said joint trial memorandum must be submitted by May 29, 2007. The defendants submit that the reason for this request is that they have this day filed a Motion for Summary Judgment addressing the plaintiff's remaining claim. The defendants respectfully requests this Court grant an enlargement of time until August 1, 2007 in

-1-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

which to file said joint trial memorandum.  Opposing counsel does not object to defendants' Motion.  This is the first request for an enlargement of time with respect to the trial memorandum.

  WHEREFORE, the defendants respectfully request that this Court grant their Motion for Enlargement of Time.

              Respectfully Submitted,

              THE DEFENDANTS,
              TOWN OF PLAINVILLE,
              PLAINVILLE BOARD OF EDUCATION

              By Their Attorney,

              /s/ James G. Williams
              JAMES G. WILLIAMS, ESQ.
              FEDERAL BAR NO CT 01938
              WILLIAMS WALSH & O'CONNOR LLC
              110 WASHINGTON AVE, 2ND FLR
              NORTH HAVEN CT 06473
              TEL (203) 234 6333
              FAX (203) 234 6330

-2-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

## CERTIFICATE OF SERVICE

     I hereby certify that on May 18, 2007, a copy of the foregoing Motion for Enlargement of Time Re: Trial Brief was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518

                                            /s/ James G. Williams
                                            James G. Williams

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162