UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY PHANEUF, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : | |
| | : | |
| Defendants. | : | MAY 18, 2007 |

**DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT**

Pursuant to Local Rule 56(a)(1), the Defendants, Town of Plainville and Plainville Board of Education, hereby submit the following in connection with their Motion for Summary Judgment:

1. On or about January 31, 2003, the plaintiff, Kelly Phaneuf filed this action against the defendants, Rosemarie Cipriano, Dorene M. Fraikin, Kathleen Binkowski, Town of Plainville and Plainville Board of Education, in the Connecticut Superior Court, Judicial District of New Britain at New Britain and was made returnable on March 4, 2003. (**Dkt. # 1**).

-1-

2. On or about March 3, 2003, the defendants, pursuant to 28 US Code Section 1441, removed the matter to this Court because the plaintiff's Complaint alleged, among other things, the deprivation of plaintiff's rights as protected by the 4th and 14th Amendments to the United States Constitution. (**Dkt. # 1**).

3. On or about March 17, 2004, the defendants filed a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c) as to all Counts of the Plaintiff's Complaint. (**Dkt. # 20-22**).

4. On July 21, 2004, the Court granted the defendants motion, with respect to the plaintiffs 28 U.S.C. § 1983 claim and declined to exercise jurisdiction over the remaining state law causes of action, including the claim of violation of Article First, § 7 of the Connecticut Constitution. (**Dkt. # 39**). motion as to the federal causes of action,

5. Subsequent to the Court's July 21, 2004 ruling, on or about September 29, 2004, the plaintiff brought suit as to her remaining state law causes of action by way of Complaint made returnable to the Connecticut Superior Court, Judicial District New Britain. The remaining claims included: violation of Article First, § 7 of the Connecticut Constitution; negligence;

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

invasion of privacy; intentional infliction of emotional distress; and negligent infliction of emotional distress. (**Dkt. # 50-4**); Connecticut Judicial Branch Case Detail Website, available at: http://www.jud2.ct.gov/Civil_Inquiry/DispDetail.asp?DocNum=HHB-CV-04-4001319-S, last visited/obtained May 11, 2007, attached as **Exhibit A** to memorandum.

6. On or about February 17, 2005, the defendants filed a Motion for Summary Judgment as to all counts of the plaintiff's Complaint including claim of violation of Article First, § 7 of the Connecticut Constitution. (**Dkt. # 50-2**).

7. On or about May 31, 2005, Judge Berger heard oral argument regarding defendant's Motion for Summary Judgment and on August 18, 2005 issued a Memorandum of Decision granting defendants Motion for Summary Judgment in its entirety, including plaintiff's claim of violation of Article First, § 7 of the Connecticut Constitution. (**Dkt. # 50-3**).

8. On or about August 26, 2005, the plaintiff filed a Motion for Extension of Time in which to file an appeal of the Superior Court's decision, requesting an extension until September 27, 2005. (**Dkt. # 50-4**).

-3-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

9. On or about September 2, 2005, the Court, per Judge Berger, granted plaintiff's request for extension of time in which to file an appeal on or before September 27, 2005. (Connecticut Judicial Branch Case Detail Website, available at: http://www.jud2.ct.gov/Civil_Inquiry/DispDetail.asp?DocNum=HHB-CV-04-4001319-S, last visited/obtained May 11, 2007, attached as **Exhibit A** to memorandum).

10. The plaintiff has failed to file an appeal of the Superior Court's August 18, 2005 decision. Id.

11. On May 19, 2006, with respect to the plaintiffs 28 U.S.C. § 1983 action, the Second Circuit vacated the grant of summary judgment by this Court, and remanded the case. (**Dkt. # 46**).

12. On January 25, 2007, this Court granted the defendants' motion for summary judgment in part, and denied it in part. Inter alia, the court denied the motion with respect to the plaintiff's state invasion of privacy cause of action. (**Dkt. # 49**).

13. On or about February 14, 2007, the defendants moved for reconsideration of the denial of the motion for summary judgment with respect to the

WILLIAMS, WALSH & O'CONNOR, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

      invasion of privacy claim because they had already prevailed against the plaintiff in state court with respect to that claim. (**Dkt. # 50**).

14.    On March 23, 2007, this Court granted defendants' Motion because when the Second Circuit remanded the case to this Court, the defendants had already obtained a favorable judgment on the merits from a court of competent jurisdiction with respect to plaintiff's state law causes of action, thus, the plaintiff was precluded from relitigating those claims in federal court against the parties that had prevailed against her in state court. (**Dkt. # 55**).

      Respectfully Submitted,

      THE DEFENDANTS,
      TOWN OF PLAINVILLE,
      PLAINVILLE BOARD OF EDUCATION

      By Their Attorney,

      /s/ James G. Williams
      JAMES G. WILLIAMS, ESQ.
      FEDERAL BAR NO CT 01938
      WILLIAMS WALSH & O'CONNOR LLC
      110 WASHINGTON AVE, 2ND FLR
      NORTH HAVEN CT 06473
      TEL (203) 234 6333
      FAX (203) 234 6330

-5-

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2007, a copy of the foregoing Local Rule 56(a)(1) Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Gesmonde, Pietrosimone, Sgrignari & Pinkus, LLC
3127 Whitney Avenue
Hamden, CT 06518

                                /s/ James G. Williams
                                James G. Williams

Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT  06473
(Tel) 203-234-6333  (Fax) 203-234-6330
Juris No. 421162