UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KELLY PHANEUF,** | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| **ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION,** | : : : : | |
| | : | |
| Defendants. | : | JUNE 28, 2007 |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE
MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6 (b) and Local Rule 7 (b), the plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her an extension of an additional thirty (30) days, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment. The defendants' motion for summary judgment was filed with this Court on May 18, 2007. The plaintiff respectfully requests an additional thirty (30) days from the current deadline of July 9, 2007, until August 9, 2007, within which to file her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Plaintiff's counsel requests this extension because the undersigned was involved with trial preparation for a matter that was recently settled in New Haven Superior Court; because plaintiff's counsel needs the additional time to adequately research the issues raised in the defendants' motion for summary judgment in order to respond to the motion; and because the undersigned is required to cover a number of court matters and deadlines through the end of July, 2007; particularly in light of a number of vacations scheduled by other counsel at the firm. Accordingly, plaintiff's counsel needs the additional time in order to respond to the instant motion for summary judgment.

This is the second motion for enlargement of time being filed by the plaintiff with respect to the instant motion for summary judgment. Opposing counsel has been contacted and indicates that they object to this request.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her this second motion for enlargement of time, as it relates to the instant motion for summary judgment.

                        **THE PLAINTIFF,**
                        **KELLY PHANEUF**

**By:** _____/s/_____
        Sheila J. Hall (ct 22566)
        Gesmonde, Pietrosimone & Sgrignari, L.L.C.
        3127 Whitney Avenue
        Hamden, CT 06518-2344
        (203) 407-4200

**ORDER**

The foregoing motion having come before me, it is hereby **ORDERED:**

**GRANTED / DENIED**.

_____ Judge/Clerk

### CERTIFICATION

This is to certify that a copy of the foregoing was electronically filed, and mailed, via first class, postage prepaid, this 28th day of June, 2007 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

_____ /s/
Sheila J. Hall