UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY PHANEUF, | : |
| Plaintiff, | : Civil No. 3:03CV00372 (AVC) |
| v. | : |
| ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION, | : |
| Defendants. | : JULY 3, 2008 |

**MOTION FOR ENLARGEMENT OF TIME**

      The plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her motion for enlargement of time within which to file a joint trial memorandum. Pursuant to the Court's June 24, 2008 order, the parties must file their joint trial memorandum on or before July 15, 2008. The plaintiff requests a thirty day extension of time, until August 15, 2008, within which to file the joint trial memorandum. The reason for the request is that plaintiff's counsel has previously scheduled vacation time and additional scheduling conflicts, and needs the additional time in order to complete and file the joint trial memorandum.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

This is the first motion for enlargement of time being filed by the plaintiff in connection with the Court's June 24, 2008 order, and opposing counsel has no objection to this request.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time.

                **THE PLAINTIFF,**
                **KELLY PHANEUF**

**By:** ____/s/_____
      Sheila J. Hall (ct 22566)
      Gesmonde, Pietrosimone & Sgrignari, L.L.C.
      3127 Whitney Avenue
      Hamden, CT 06518-2344
      (203) 407-4200

## **ORDER**

The foregoing motion having come before me, it is hereby **ORDERED:** **GRANTED / DENIED**.

                _____
_____  Judge/Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 3${}^{rd}$ day of July, 2008 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

/s/
Sheila J. Hall