UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KELLY PHANEUF,** | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:03CV00372 (AVC) |
| | : | |
| v. | : | |
| | : | |
| **ROSE MARIE CIPRIANO, DORENE M. FRAIKIN, KATHLEEN BINKOWSKI, TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION,** | : : : : | |
| | : | |
| Defendants. | : | AUGUST 12, 2008 |

## MOTION FOR ENLARGEMENT OF TIME AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

The plaintiff, Kelly Phaneuf, respectfully requests that the Court grant her motion for enlargement of time within which to file a joint trial memorandum. Pursuant to the Court's July 9, 2008 order, the parties must file their joint trial memorandum on or before August 15, 2008. The plaintiff requests a sixty (60) day extension of time, until October 15, 2008, within which to file the joint trial memorandum. The reason for the request is that counsel for both parties have recently engaged in settlement discussions and would like an opportunity to participate in a settlement conference with a Magistrate Judge on a mutually convenient date prior to their completion of the joint trial memorandum.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

This is the second motion for enlargement of time being filed by the plaintiff in connection with the filing of the parties' joint trial memorandum, and opposing counsel joins in the filing of this request.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant her motion for enlargement of time and, additionally, respectfully requests that the Court refer this matter to a Magistrate Judge for purposes of a settlement conference.

                          **THE PLAINTIFF,**
                          **KELLY PHANEUF**

                          **By:** \_\_\_\_\_/s/_____
                                Sheila J. Hall (ct 22566)
                                Gesmonde, Pietrosimone & Sgrignari, L.L.C.
                                3127 Whitney Avenue
                                Hamden, CT 06518-2344
                                (203) 407-4200

## **ORDER**

The foregoing motion having come before me, it is hereby **ORDERED:**

**GRANTED / DENIED**.

                                _____
_____Judge/Clerk

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, via first class, postage prepaid, this 12th day of August, 2008 to:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
110 Washington Avenue, Second Floor
North Haven, CT 06473

/s/
Sheila J. Hall